```
ROUTINE

R 072247Z SEP 21 MID200001108239U

FM COMDT COGARD WASHINGTON DC

TO ALCOAST

BT
UNCLAS
ALCOAST 315/21
SSIC 6230

SUBJ:  COVID-19: MANDATING COVID-19 VACCINATION FOR
MILITARY MEMBERS: UPDATE 1
A. COMDT COGARD WASHINGTON DC 262212Z AUG 21/ALCOAST 305/21
B. Coast Guard Medical Manual, COMDTINST M6000.1 (series)
C. Military Religious Accommodation, COMDTINST 1000.15 (series)
D. Immunization and Chemoprophylaxis for the Prevention of
Infectious Diseases, COMDTINST M6230.4 (series)
```

1. The Coast Guard has been and continues to focus on mission and personnel readiness amid the ongoing COVID-19 pandemic. COVID-19 has negatively impacted both for over 18 months. Data and modeling also indicate that available vaccines are effective against severe illness and mortality caused by COVID-19. A fully vaccinated military force saves lives, protects those we serve alongside and our loved ones, and ensures our readiness. Commanders, Commanding Officers, and Officers in Charge shall lead by example, and act with a sense of urgency to meet this intent as soon as operations allow, starting immediately.

2. Commanders, Commanding Officers, and Officers in Charge shall direct unvaccinated active duty and ready reserve members to initiate the COVID-19 vaccination regimen immediately, and in doing so shall ensure members are scheduled and made available to receive the vaccine. Active duty and ready reserve members without approved exemptions shall get fully vaccinated against COVID-19. Counseling of unvaccinated members on this requirement, the timeline for vaccination, and the process to request medical exemption or religious accommodation shall be documented through Administrative Remarks Form, CG-3307. Commanders, Commanding Officers and Officers in Charge shall only use the template provided. The standard administrative remarks template for this counseling is available at the COVID Community of Practice Portal Page:
(Copy and Paste URL Below into Browser)
https://cg.portal.uscg.mil/units/cgcpe2/Pages/HomeCOP.aspx?View=%7B4724ff56-43ee-4941-beaf-5af3500e88f4%7D

3. Given the need to safeguard the workforce, and maintain readiness, the Coast Guard will determine additional measures necessary to mitigate health risks to members of the Service and our communities posed by those who are not yet vaccinated. These measures may include additional restrictions on official travel, liberty, and leave, as well as cancellation of "A" and "C" school orders. Further guidance regarding these measures will be provided separately.

4. All members shall be provided any vaccine that has received Food and Drug Administration (FDA) licensure. Currently, the Pfizer-BioNTech COVID-19 vaccine meets this requirement. Members may also choose to receive any COVID-19 vaccine that is fully

approved by the FDA, administered under the FDA's Emergency Use Authorization (EUA), or a vaccine on the World Health Organization Emergency Use Listing. Additional quantities of vaccine are being delivered to Coast Guard clinics to accelerate vaccination of the entire workforce and are available for any active duty or ready reserve member. This message does not change the existing authority for Coast Guard clinics to vaccinate Coast Guard civilian employees, contractors, or Coast Guard dependent family members who voluntarily seek vaccination.

5. All military personnel may voluntarily get vaccinated outside of a Coast Guard clinic in accordance with REF (A), but must meet the timeline prescribed by their Commanders, Commanding Officers, and Officers in Charge. Personnel who have TRICARE may receive their vaccination from their Primary Care Provider or from a civilian pharmacy that accepts TRICARE. There is no charge for the vaccine at pharmacies in the Tricare network. A list of CG clinics supporting all units in the CG is available at:
(Copy and Paste URL Below into Browser)
https://www.reserve.uscg.mil/Portals/2/Documents/PDF/HSWL_HRC_list_SELRES%232.pdf?ver=2018-08-17-135417-933
The COVID vaccine is federally funded and may also be available free of charge through state and local health departments.

6. Members shall request and retain the hard copy immunization record from the vaccination clinic site. Those members who get vaccinated outside of a Coast Guard clinic shall provide the following information to their cognizant Coast Guard clinic:
(1) date the vaccine was administered, (2) the vaccine name or code, (3) the manufacturer and lot number, (4) the dose administered, and (5) clinic site. Providing false vaccination information is a violation of Article 107, UCMJ and may also result in administrative and/or disciplinary action.

7. This message constitutes a lawful general order. Failure to comply with any of its provisions is a failure to obey a lawful order punishable under Article 92 of the Uniform Code of Military Justice (UCMJ). It may result in punitive and/or administrative action, including initiation of discharge proceedings.

8. Additional guidance is forthcoming. Updates will provide direction to commands regarding mandatory vaccination documentation and procedures, and additional detail regarding administrative measures for unvaccinated personnel to safeguard the workforce and maintain readiness.

9. POC: S.E. Russell, CVIC Incident Commander, 202-372-2404, COVID19@uscg.mil.

10. RADM K. E. Lunday, Acting Deputy Commandant for Mission Support (DCMS), sends.

11. Internet release is not authorized.

BT
#0001
NNNN
<DmdsSecurity>UNCLASSIFIED//</DmdsSecurity>
<DmdsPrimaryPrecedence>ROUTINE</DmdsPrimaryPrecedence>
<DmdsReleaser>GILLIS.JUSTINE.ELIZABETH.1515669570</DmdsReleaser>

UNCLASSIFIED//