IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BAZZREA, et al. | § § § | |
| Plaintiffs | § | |
| v. | § § | CA No. 3:22-cv-00265 |
| ALEJANDRO MAYORKAS, et al. | § § § § | |
| Defendants. | § | |

**ORDER ON MOTION FOR LEAVE TO FILE
MOTION TO INTERVENE**

The Additional Plaintiffs' Motion for Leave to File their Intervenor Motion Pursuant to Rule 24 of the Federal Rules of Civil Procedure is GRANTED.