IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **MICHAEL BAZZREA, et al.** § | |
| § | |
| Plaintiffs § | |
| v. § | CA No. 3:22-cv-00265 |
| § | |
| **ALEJANDRO MAYORKAS,** § | |
| et al. § | |
| § | |
| Defendants. § | |

## ORDER ON JOINT
## MOTION TO SET BRIEFING SCHEDULE

On Aug. 12, 2022, the Parties filed a joint motion requesting the following briefing schedule and page limits for the Plaintiff's Motion for Preliminary Injunction:

- Plaintiffs will file their Motion for a Preliminary Injunction of up to 45 pages and supporting materials by August 16, 2022;

- Defendants will file their Opposition of up to 45 pages and supporting materials on or before August 30, 2022;

- Plaintiffs will file a Reply Brief of up to 25 pages on or before September 6, 2022.

**It is hereby ordered that the Parties' Joint Motion is GRANTED.**

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE