IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **MICHAEL BAZZREA**, *et al* § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **LLOYD AUSTIN, III**, *et al.*, § <br> **Defendants.** § <br> § | Case No. 3:22-cv-00265 |

### [PROPOSED] ORDER PRELIMINARY INJUNCTION

1. On August 16, 2022, Plaintiffs U.S. Coast Guard ("USCG") members Michael Bazzrea, Sabrina Wilder, Courtney Cheatum, Timothy Jorden, and Caleb Wadsworth filed a motion for preliminary injunction, ECF 16, to enjoin Defendant Department of Defense ("DOD"), Department of Homeland Security ("DHS"), and the United States Coast Guard ("Coast Guard'), and the Food and Drug Administration, from implementing the August 24, 2021 DOD COVID-19 vaccine mandate ("DOD Mandate") and related Defendant actions.

2. On August 12, 2022, 125 Coast Guard members moved to intervene ("Plaintiff-Intervenors") on August 12, 2022. *See* ECF 13.

3. Having examined the complaint, and the enclosures thereto, and the motion, and enclosures thereto, it is hereby:

**ORDERED, that:**

> **(1) Defendants DOD, DHS and Coast Guard are preliminarily enjoined from enforcing the DOD Mandate with respect to, or administering any COVID-19 vaccine, to Plaintiffs or**

**Plaintiff Intervenors; and**

**(2) Defendants DOD, DHS and Coast Guard are preliminarily enjoined from taking any adverse or retaliatory action against any Plaintiff or Plaintiff-Intervenor as a result of, arising from, or in conjunction with the Plaintiffs' religious accommodation requests or denials, or for pursuing this action, or any other action for relief from Defendants' constitutional, statutory, or regulatory violations, while this matter is pending before this Court.**

Dated: August __, 2022

_____
Judge Jeffrey V. Brown