United States District Court
Southern District of Texas
**ENTERED**
August 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, *et al.*, § § § Plaintiffs, § VS. § LLOYD AUSTIN, III, *et al.*, § § Defendants. § § | CIVIL ACTION NO. 3:22-cv-265 |

## ORDER ON PLAINTIFFS' MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER

Before the court is the plaintiffs' application for a temporary restraining order. Dkt. 18. Having considered the plaintiffs' briefing, the record, and the applicable law, the court finds that the plaintiffs have not shown themselves to be entitled to the relief they request. Accordingly, the application is denied.

Signed on Galveston Island this 19th day of August, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE