IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BAZZREA, *et al* <br> Plaintiffs, <br> v. <br> LLOYD AUSTIN, III, *et al.*, <br> Defendants. | § § § § § § § § § § | Case No. 3:22-cv-00265 |

**PLAINTIFFS' SUPPLEMENT**
**TO REPLY BRIEF**

On September 6, 2022, the undersigned counsel for Plaintiffs Joshua Wilson, *et al* filed Plaintiffs' Reply to the Defendants' Response on Plaintiffs' Motion for Preliminary Injunction ("the Reply"). ECF 25. While referenced on page 7, the Reply did not include the attachments to Exhibit 3. Undersigned Plaintiffs' counsel hereby supplement the Reply by filing Exhibit 3, attached hereto.

Dated: September 9, 2022     Respectfully submitted

  */s/ Dale Saran*
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

*/s/ Brandon Johnson*
Brandon Johnson,
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775

1

Email: bcj@defendingtherepublic.org

*/s/  Jerri Lynn Ward*
Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
(512) 302-1103 ext. 115
jward@garloward.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

This is to certify that on this 9th day of September, 2022, the foregoing supplement to the Sep. 6, 2022 Reply was e-filed using the CM/ECF system.

*/s/ Dale Saran*
Dale Saran