United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-00265 |
|---|---|---|---|

MICHAEL BAZZREA, et al.,

*versus*

ALEJANDRO MAYORKAS, et al.

United States Courts
Southern District of Texas
FILED
AUG 26 2022
Nathan Ochsner, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Cassandra Snyder<br>U.S. Department of Justice<br>1100 L Street N.W.<br>Washington, D.C. 20005<br>(292) 451-7729 \| cassandra.m.snyder@usdoj.gov<br>DC Bar No. 1671667 |
|---|---|

| Name of party applicant seeks to appear for: | Alejandro Mayorkas, Linda L. Fagan, Lloyd Austin, and Janet Woodcock, all in their official capacities. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/26/2022 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:   active |   |
|---|---|
| Dated: August 26, 2022 | Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: September 14, 2022

*[signature]* Jeff Brown
United States District Judge