IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **MICHAEL BAZZREA,** *et al.*, : <br> : <br> : <br> *Plaintiffs,* : <br> v. : <br> : <br> **LLOYD AUSTIN, III,** *et al.*, : <br> : <br> *Defendants.* : | Case No.:  **3:22-cv-265** |

### [Proposed] ORDER ON MOTION FOR CLASS CERTIFICATION

This matter having come before the court on the motion of Plaintiffs to certify this action as a class action under Rule 23 of the Federal Rules of Civil Procedure (DN__), Defendants having responded (DN  ), ~~and~~ Plaintiffs having replied (DN  ), and the Court having been otherwise sufficiently advised, it is **HEREBY ORDERED AND ADJUDGED** that:

1. Plaintiffs' motion is **GRANTED,**

2. Plaintiffs have satisfied the requirements of Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure. Accordingly, the Court certifies the following class and sub-classes:

   A) a class of all Coast Guard members who are subject to the Department of Defense's ("DOD") COVID-19 vaccine mandate ("DOD Mandate") and who have submitted a Religious Accommodation Request ("RAR") ("Coast Guard Class");

   B) The class of Coast Guard members who would have been eligible for medical exemptions that were categorically eliminated

("Categorical ME Ban"), including the exemptions for a previous documented COVID infection or a documented medical condition that previously would have qualified for a medical exemption, whether or not they requested a medical exemption ("Medical Exemption Class")

3. Plaintiffs' counsel Dale Saran, J. Andrew Meyer, Brandon Johnson, Travis Miller and Simon Peter Serrano are appointed class counsel pursuant to Federal Rule of Civil Procedure Rule 23(g), and,

4. The Court appoints the following Plaintiffs as class representatives of the Coast Guard Class:

- Lieutenant Caleb Wadsworth
- PO2 Sabrina Wilder
- PO1 William Beckham, Jr.
- PO2 Christopher Collins

5. The Court appoints PO1 Beckham and PO2 Collins as class representatives of the Medical Exemption Class

IT IS SO ORDERED this _____ day of _____, 2022.

ENTERED BY ORDER OF COURT

By: _____
**JEFFREY VINCENT BROWN**
**UNITED STATES DISTRICT JUDGE**