**U.S. Department of Homeland Security**
**United States Coast Guard**

Commander
United States Coast Guard
Sector Houston-Galveston

13411 Hillard Street
Houston, TX 77539
Staff Symbol: (sl)
Phone: (281) 464-4791

1910
18 Aug 2022

**MEMORANDUM**

From: Jason E. Smith, CAPT
CG SECTOR HOUSTON-GALVESTON (s)

To: Sabrina G. Wilder, OS2

Subj: NOTIFICATION OF INTENT TO DISCHARGE

Ref: (a) Military Separations, COMDTINST M1000.4 (series), Art. 1.B.12.a (7)
(b) Military Separations, COMDTINST M1000.4 (series), Art. 1.B.39

1. This is to inform you that I have initiated action to discharge you from the U. S. Coast Guard by reason of convenience of the government pursuant to the provisions of references (a). The basis for this discharge recommendation is your non-availability of worldwide assignment.

2. The final decision on your discharge and type of discharge will rest with Commander, CG PSC-EPM-1. As you may be considered for a general discharge, you have the right to consult with a lawyer as defined by Article 27(b)(l) of the Uniform Code of Military Justice. If you are awarded a general discharge, you may expect to encounter prejudice in civilian life.

3. The Second Chance Program set forth in reference (b) does not apply.

4. You may submit a statement on your own behalf within (5) working days of today's date.

5. You may disagree with my recommendation; if so, your rebuttal will be forwarded with my recommendation to CG-PSC-EPM-1.

#

1910
24 Aug 2022

FIRST ENDORSEMENT on CG SECTOR HOUSTON-GALVESTON memo 1910 of 18 Aug 2022

From:   Sabrina G. Wilder, OS2   *Sabrina Wilder*

To:     Jason E. Smith, CAPT
        CG SECTOR HOUSTON-GALVESTON (s)

Subj:   NOTIFICATION OF INTENT TO DISCHARGE

1. I hereby acknowledge notification of my proposed discharge.

2. I [waive my right to submit / **have attached**] a statement on my behalf.
        *(Circle One)*

3. I understand if I receive a general discharge under honorable conditions I may expect to encounter prejudice in civilian life.

4. I hereby acknowledge I have been provided the opportunity to consult with a military lawyer.

5. I [**object** / do not object] to being discharged.
        *(Circle One)*

#