UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BAZZREA, *et al.*, | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:22-cv-265 |
| LLOYD AUSTIN, III, *et al.*, | § | |
| Defendants. | § | |

## ORDER MODIFYING BRIEFING SCHEDULE

Before the court is the plaintiffs' application for a temporary restraining order enjoining the defendants from discharging Sabrina Wilder until the court rules on the plaintiffs' motion for preliminary injunction (Dkt. 17) and granting similar relief to the other named plaintiffs. Dkt. 39. The plaintiffs have also requested a shortened response and reply time. Dkt. 39. In the interest of justice and due to the emergency nature of the motion, the court orders that the defendants must respond by **Thursday, October 20, 2022** and the plaintiffs must submit their reply, if any, by **Monday, October 24, 2022.**

Signed on Galveston Island this 14th day of October, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE