# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-00265 |

**PROPOSED ORDER ON DEFENDANTS' CONSENT MOTION TO EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY AND CASE MANAGEMENT PLAN AND TO CONTINUE THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Upon consideration of Defendants' Consent Motion to Extend the Deadline to File a Joint Discovery and Case Management Plan and to Continue the Initial Pretrial and Scheduling Conference, the Court hereby GRANTS the motion. It is hereby ORDERED that:

1. The parties shall file a joint discovery and case management plan no later than 14 days after the Court resolves Plaintiffs' class-certification motion; and

2. The initial pretrial and scheduling conference currently set for November 9, 2022, is VACATED and will be rescheduled, by further order of the Court, at least 10 days after the parties' deadline to file a joint discovery and case management plan.

Signed on _____ this \_\_\_\_ day of _____, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE