# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BAZZREA, *et al* | § § § | |
| Plaintiffs, | § | Case No. 3:22-cv-00265 |
| v. | § | |
| LLOYD AUSTIN, III, *et al.*, | § | SUPPLEMENTAL |
| Defendants. | § § | |

## **SUPPLEMENTAL**

Plaintiffs submitted a Reply to the Defendants' Response on Oct. 24, 2022, that included reference to Exhibits 1-4. While Exhibit 1 appears attached to the filing, Exhibits 2-4 do not and are therefore attached along with this Supplemental for insertion into the Reply by the Clerk of Court.

Dated: October 25, 2022      Respectfully submitted,

*/s/ Dale Saran*
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

*/s/ Travis Miller*
Texas Bar #24072952
*/s/ Brandon Johnson*
Brandon Johnson
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd.,

1

Suite 300 Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*/s/ Simon Peter Serrano*
S. Peter Serrano, Esq.
WA Bar #54769
5238 Outlet Dr.
Pasco, WA 99301
Telephone: 530-906-9666
Email: pete@silentmajorityfoundation.org

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing Motion using the CM/ECF system.

Dated: October 24, 2022        Respectfully Submitted,

*/s/ Brandon Johnson*
Brandon Johnson