RAAGv : Database- (Access 2007 - 2016 file format) - Access
File
Home
Create
External Data
Database Tools
Tell me what you want to do...
View
Paste
Cut
Copy
Format Painter
Filter
Ascending
Descending
Remove Sort
Selection
Advanced
Toggle Filter
Refresh All
New
Save
Delete
Totals
Spelling
More
Find
Replace
Go To
Select
Views
Clipboard
Sort & Filter
Records
Find
Text Formatting
All Access Obj...
Search...
Forms
Home_Page
Submission_Page
Submission_Page
MBR Information
Rank/Rate
Last_Name
First_Name
Middle_Initial
Unit/Command Name
Leave blank if MBR does not have MI :)
Enter date of MBR's initial RA memo.
Day
Month
Year
Enter date of initial denial as indicated on CG-133 memo.
Day
Month
Year
Enter date MBR was notified of denial.
Day
Month
Year
Enter date of the 10th business day after mbr was notified.
Day
Month
Year
Enter date CG-133 received appeal memo
Record: 1 of 1
No Filter
Search
Form View
Num Lock
Type here to search

Submission_Page
Enter date of MBR's appeal memo.
Day
Month
Year
Enter date CG-133 received appeal memo.
Day
Month
Year
Select the arguments you observed in the Mbr's appeal
Argument 1
(1) The Coast Guard did not provide an individualized assessment of the Member's request.
Argument 2
(2) Operated without issues during the pandemic.
Argument 3
(3) Risk of death is minimal. Only .03% death rate in DOD.
Argument 4
(4) Breakthrough cases indicate that the vaccine does not accomplish the USCG's interest. CDC memo indicates that that the v
Argument 5
(5) Vaccinated but unboosted members create similar risk from Onicron.
Argument 6
(6) ETS case and others indicate that a full mandate is too broad.
Argument 7
(7) Loss of employees does not accomplish goal of readiness.
Argument 8
(8) Other exemptions have been granted for opposition to abortion (LCDR Healy request for exemption to HepA).

Submission_Page

| | |
|---|---|
| Argument 8 | (8) Other exemptions have been granted for opposition to abortion (LCDR Healy request for exemption to HepA). |
| Argument 9 | (9) Medical exemptions are offered, so religious exemptions should be offered. |
| Argument 10 | (10) Minor absences do not impact readiness – similar to pregnancy or other leave. |
| Argument 11 | (11) Risk of harm from the vaccine undermines readiness interest. |
| Argument 12 | |
| Argument 13 | (12) Fully vaccinated individuals are more of a safety risk to the Coast Guard because they can spread COVID-19 without knc |
| Argument 14 | (13) The Coast Guard has not provided evidence to show the vaccine alone has helped the Coast Guard achieve its compelling |
| Argument 15 | (14) Member's current assignment requires no interaction with the public. |
| Argument 16 | (16) Healthy lifestyles allow members to avoid COVID-19: Data indicates COVID-19 affects people of every demographic. |
| Argument 17 | (17) Teleworking. |
| Argument 18 | (18) Member willing to accept risk. |
| Argument 19 | (19) Continue working with existing pandemic mitigation measures. |
| Argument 20 | (20) Office environment permits social distancing. |
| Argument 21 | (21) Treatment can prevent serious outcomes from the virus. |



Submission_Page
Argument 21
(21) Treatment can prevent serious outcomes from the virus.
Argument 22
(22) Reassignment.
Argument 23
(23) If testing is insufficient and inaccurate, why does CG medical still use it?
Argument 24
(24) CG-133 did not use the most current scientific data when determining the least restrictive means to accomplish the governr
Argument 25
Will the new endorsement generated be the 1st, 2nd, 3rd, etc ?
Select the initial disposition authority from the Mbr's denial memo.
Select the Appeal Authority for the decision memo.
Recommendation for Appeal

Submission_Page
Will the new endorsement generated be the 1st, 2nd, 3rd, etc ?
Select the initial disposition authority from the Mbr's denial memo.
Select the Appeal Authority for the decision memo.
Recommendation for Appeal
REMEMBER to pause your One Drive in the bottom right corner of your screen BEFORE clicking submit.
Submit