United States District Court
Southern District of Texas
**ENTERED**
October 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, *et al.*, § § § Plaintiffs, § VS. § LLOYD AUSTIN, III, *et al.*, § § Defendants. § § | CIVIL ACTION NO. 3:22-cv-265 |

## ORDER ON JOINT MOTION EXTENDING DEADLINE AND CONTINUING CONFERECE

Before the court is a joint motion to extend the deadline a joint discovery/case management plan and to continue the initial pretrial and scheduling conference. Dkt. 42. The motion is denied. As such, the deadline to file the joint discovery/case management plan and the date of the conference remain as indicated in the court's order. Dkt. 3.

Signed on Galveston Island this 27th day of October, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE