UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BAZZREA, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| VS. | § | NO. 3:22-CV-265 |
| | § | |
| ALEJANDRO MAYORKAS, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

# **ORDER**

Before the court is the plaintiffs' emergency motion for a temporary restraining order. Dkt. 39. It appears to the court that the plaintiffs' chance of success on the merits is a close call. The court thus orders the parties in the above-captioned case to meet and confer in a mediation conference before United States Magistrate Judge Andrew M. Edison. The goal of the conference will be to reach an accommodation similar to the one reached in Status Report, *Jackson v. Mayorkas*, 4:22-cv-825 (N.D. Tex. Sept. 30, 2022), ECF No. 25. There will be no cost to either party, and the conference will be conducted via Zoom. Each party is ordered to participate in good faith and to include a representative at the conference who has full authority to negotiate an agreement. The conference must be completed by November 20, 2022. The parties should contact Judge Edison's case manager, Ruben Castro, to schedule the conference.

Signed on Galveston Island this 28th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE