UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Michael Bazzrea, et al.

v.                                              Case Number: 3:22–cv–00265

Alejandro Mayorkas, et al.

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/7/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Settlement Conference


Date:   November 1, 2022

Nathan Ochsner, Clerk