# EXHIBIT 1





| | |
|---|---|
| Argument 8 | (8) Other exemptions have been granted for opposition to abortion (LCDR Healy request for exemption to HepA). |
| Argument 9 | (9) Medical exemptions are offered, so religious exemptions should be offered. |
| Argument 10 | (10) Minor absences do not impact readiness – similar to pregnancy or other leave. |
| Argument 11 | (11) Risk of harm from the vaccine undermines readiness interest. |
| Argument 12 | |
| Argument 13 | (12) Fully vaccinated individuals are more of a safety risk to the Coast Guard because they can spread COVID-19 without kno |
| Argument 14 | (13) The Coast Guard has not provided evidence to show the vaccine alone has helped the Coast Guard achieve its compelling |
| Argument 15 | (14) Member's current assignment requires no interaction with the public. |
| Argument 16 | (16) Healthy lifestyles allow members to avoid COVID-19: Data indicates COVID-19 affects people of every demographic. |
| Argument 17 | (17) Teleworking. |
| Argument 18 | (18) Member willing to accept risk. |
| Argument 19 | (19) Continue working with existing pandemic mitigation measures. |
| Argument 20 | (20) Office environment permits social distancing. |
| Argument 21 | (21) Treatment can prevent serious outcomes from the virus. |



