# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICAEL BAZZREA, et al., | : | |
| | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | Case No.: 3:22-cv-265 |
| | : | |
| ALEJANDRO MAYORKAS, et al., | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

### SUPPLEMENTAL DECLARATION OF COLONEL TONYA RANS

I, Colonel Tonya Rans, hereby state and declare as follows:

1. I am currently employed by the U.S. Air Force as the Chief, Immunization Healthcare Division, Defense Health Agency-Public Health, located in Falls Church, Virginia. I have held the position since June 2017. I am a medical doctor and have been board certified in Allergy/Immunology since 2008 and was a board-certified Pediatrician from 2001-2015.

2. I have previously filed a declaration in this matter and am aware of the allegations set forth in the pleadings. This declaration is based on my personal knowledge, and/or information made available to me during the routine execution of my official duties.

3. As part of my duties, I am able to obtain information regarding the number and locations of the Department of Defense's (DoD) on-hand COVID-19 vaccine doses within logistics departments. I have previously filed a declaration in another matter,

*Coker v. Austin*, No. 3:21-cv-01211 (M.D. Fla.), that appended the DHA Medical Logistics spreadsheet reflecting vaccine lots at various DHA sites. In particular, that spreadsheet provided the number of both BLA-approved, Comirnaty-labeled and BLA-approved, Spikevax-labeled COVID-19 vaccine doses that DoD possessed on-hand and could make available for administration for service members, beneficiaries, and others eligible for COVID-19 vaccine from DoD as of 18 October 2022, sorted by manufacturer, lot number, and location.

4. By this declaration, I am updating my prior declaration filed in *Coker v. Austin* based on new information. I recently reviewed the DHA Medical Logistics spreadsheet with DHA Medical Logistics ("MEDLOG"), and as a result I can confirm that three vaccine lots–GH9697, GH9702, and GJ6665–were incorrectly listed in the DHA Medical Logistics spreadsheet as Comirnaty. These three lots are not lots of Comirnaty, but rather lots of other COVID-19 vaccines that DoD has in its possession.

5. The inaccurate listing of the three lots as Comirnaty was human error, as the logistical information is manually loaded by each immunization site. The sites have been contacted by DHA Medical Logistics to align lots GH9697, GH9702, and GJ6665 with the correct COVID-19 vaccine product.

6. Exhibit A is an updated DHA Medical Logistics spreadsheet with the inaccurate lot numbers removed. As of November 22, 2022, there are 26,616 BLA-approved, Comirnaty-labeled COVID-19 vaccine doses and 1,690 BLA-approved, Spikevax-labeled COVID-19 vaccine doses within DoD available for administration. There are no ordering restrictions for these products.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of November 2022.

RANS.TONYA.SUE.1081263031
Digitally signed by RANS.TONYA.SUE.1081263031
Date: 2022.11.28 19:08:37 -05'00'

Tonya S. Rans
Colonel, U.S. Air Force, Medical Corps
Chief, Immunization Healthcare Division
DHA-Public Health
Falls Church, Virginia

# Exhibit A

| PFIZER GREY CAP COMARNITY | 26616 |
|---|---|
| **FW1330** | **7800** |
| A: Ft Gordon (Eisenhower) RHC-A | 96 |
| A: Ft Jackson (Moncrief) RHC-A | 1200 |
| A: Ft Lee (Kenner) RHC-A | 366 |
| A: Ft Lewis (Madigan-MAMC) RHC-P | 1992 |
| A: Ft Sam Houston (Brooke-BAMC) RHC-C | 708 |
| A: West Point (Keller) RHC-A | 108 |
| F: Barksdale AFB (2nd MDG) AFGSC | 102 |
| F: Ellsworth AFB (28th MDG) ACC | 24 |
| F: Fairchild AFB (92nd MDG) AMC | 120 |
| F: Goodfellow AFB (17th MDG) AETC | 6 |
| F: Hurlburt Field AFB (1st SPEC OPS MDG) AFSOC | 54 |
| F: Kadena AB (18th MDG) PACAF | 300 |
| F: Lackland AFB (Wilford Hall 59th MLRS) AETC | 1500 |
| F: Langley AFB (633rd MDG) ACC | 168 |
| F: Scott AFB (375th MDG) AMC | 42 |
| F: Wright-Patterson AFB (88th MDG) AFMC | 180 |
| N: GFEBS Bremerton NH WEST | 54 |
| N: GFEBS Naples NH EAST | 180 |
| N: GFEBS San Diego NMC WEST | 600 |
| **FW1331** | **13284** |
| A: Ft Benning (Martin) RHC-A | 450 |
| A: Ft Campbell (Blanchfield) RHC-A | 36 |
| A: Ft Drum (Guthrie) RHC-A | 126 |
| A: Ft Hood (Darnall) RHC-C | 60 |

| | |
|---|---:|
| A: Ft Huachuca (Raymond W Bliss) RHC-C | 48 |
| A: Ft Leonard Wood (Leonard Wood) RHC-C | 450 |
| A: Ft Riley (Irwin) RHC-C | 180 |
| A: Ft Rucker (Lyster) RHC-A | 174 |
| F: Eglin AFB (96th MDG) AFMC | 660 |
| F: Kadena AB (18th MDG) PACAF | 576 |
| F: Keesler AFB (81st MDSS) AETC | 480 |
| F: Lackland AFB (Wilford Hall 59th MLRS) AETC | 1200 |
| F: Little Rock AFB (19th MDG) AMC | 30 |
| F: Luke AFB (56th MDG) AETC | 6 |
| F: Maxwell AFB (42nd MDSS) AETC | 18 |
| F: Sheppard AFB (82nd MDG) AETC | 360 |
| F: Tyndall AFB (325th MDG) AETC | 300 |
| F: US Air Force Academy (USAFA 10th MDG) USAFA | 6 |
| F: Vandenberg AFB (30th MDG) AFSPC | 210 |
| F: Yokota AB (374th MDG) PACAF | 642 |
| N: GFEBS Beaufort NH EAST | 1800 |
| N: GFEBS Camp Pendleton NH WEST | 1200 |
| N: GFEBS Cherry Point NH EAST | 360 |
| N: GFEBS Guantanamo Bay NH EAST | 300 |
| N: GFEBS Naples NH EAST | 120 |
| N: GFEBS New England NHCNE EAST | 60 |
| N: GFEBS San Diego NMC WEST | 3432 |
| **FW1333** | **5532** |
| A: Ft Campbell (Blanchfield) RHC-A | 300 |
| A: Ft Eustis (McDonald) RHC-A | 42 |
| A: Ft Knox (Ireland) RHC-A | 66 |
| A: Ft Polk (Bayne-Jones) RHC-C | 24 |
| A: Ft Stewart (Winn) RHC-A | 54 |
| A: Ft Wainwright (Bassett) RHC-P | 420 |
| A: Tripler Army Medical Center (TAMC) RHC-P | 162 |
| A: USAMEDDAC-Bavaria (formerly Wuerzburg) RHC-E | 54 |
| A: West Point (Keller) RHC-A | 120 |
| F: Andersen AFB (36th MDSS) PACAF | 276 |
| F: Elmendorf AFB (673rd MDG) PACAF | 300 |
| F: Fairchild AFB (92nd MDG) AMC | 60 |
| F: Hill AFB (75th MDG) AFMC | 90 |
| F: Luke AFB (56th MDG) AETC | 1080 |
| F: Seymour Johnson AFB (4th MDG) ACC | 120 |
| F: Shaw AFB (20th MDG) ACC | 18 |
| F: Sheppard AFB (82nd MDG) AETC | 30 |
| N: GFEBS Beaufort NH EAST | 1800 |
| N: GFEBS Camp Lejeune NMC EAST | 60 |

| | |
|---|---:|
| **N: GFEBS Camp Pendleton NH WEST** | **48** |
| **N: GFEBS Cherry Point NH EAST** | **180** |
| **N: GFEBS Jacksonville NH EAST** | **156** |
| **N: GFEBS New England NHCNE EAST** | **54** |
| **N: GFEBS Patuxent River (Pax) NHC** | **18** |

| | |
|---|---:|
| **SPIKEVAX** | **1,690** |
| **052C22A** | **1,690** |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM ( FORT BRAGG NC ) | 100 |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM ( FT CAMPBELL BLANCHFIELD ) | 90 |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM ( FT HUACHUCA, AZ  RWBLISS AHC ) | 100 |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM ( USA MEDDAC FT LEAVENWORTH KS ) | 100 |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM (NMRTC BEAUFORT) | 100 |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM 35TH MEDICAL GROUP | 300 |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM 377 MEDICAL GROUP KIRTLAND | 90 |
| CVRP 01 01 AA COVID-19 VACCINE RESPONSE PROGRAM NAVAL HEALTH CLINIC  CHERRY POINT | 100 |
| CVRP 01 02 AA COVID-19 VACCINE RESPONSE PROGRAM (NMRTU PARRIS ISLAND) | 710 |