# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Michael Bazzrea, et al.

v.   Case Number: 3:22–cv–00265

Alejandro Mayorkas, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 12/15/2022

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Notice of Setting/Resetting FORM – CV – #57

Date:   November 29, 2022                              Nathan Ochsner, Clerk