# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Michael Bazzrea, et al.

v.                                        Case Number: 3:22–cv–00265

Alejandro Mayorkas, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
by telephone
    Dial in Number: 409-763-7801
    Conference ID: 37801#
    Password: 13579#
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 12/6/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   December 1, 2022                                        Nathan Ochsner, Clerk