United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, *et al.*, § § *Plaintiffs*, § § VS. § LLOYD AUSTIN, III, *et al.*, § § *Defendants*. § § § | CIVIL ACTION No. 3:22-cv-00265 |

### ORDER GRANTING UNOPPOSED MOTION

Before the court is the plaintiffs' unopposed motion for leave to file supplemental authority, Dkt. 60, for the court to review when considering the plaintiffs' motion for preliminary injunction, Dkt. 17. After reviewing the motion and applicable law, the court **GRANTS** the plaintiff's motion.

Accordingly, it is hereby **ORDERED** that the plaintiffs shall file their supplemental authority no later than Thursday, December 8, 2020.

SIGNED on Galveston Island on this 6th day of December, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE