United States District Court
Southern District of Texas
**ENTERED**
December 12, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-00265 |

## PROPOSED ORDER

Upon consideration of Defendants' Emergency Motion to Stay Proceedings, the Court hereby GRANTS the motion. This litigation is stayed for 35 days, up through and including January 13, 2023. The parties are ordered to file a joint proposed schedule for further proceedings within 14 days of the termination of the stay period.

IT IS SO ORDERED.

Signed on Galveston Island this 12th day of December, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE