# Exhibit 2

R 111557Z JAN 23
FM COMDT COGARD WASHINGTON DC
TO ALCOAST
BT
UNCLAS
ALCOAST 012/23
SSIC 1600
SUBJ:  COVID-19: MANDATING COVID-19 VACCINATION FOR MILITARY
MEMBERS UPDATE
A. COMDT COGARD WASHINGTON DC 262212Z AUG 21/ALCOAST 305/21
B. COMDT COGARD WASHINGTON DC 072247Z SEP 21/ALCOAST 315/21
1. The President signed the National Defense Authorization Act
(NDAA) for Fiscal Year 2023 on December 23, 2022, which includes a
provision directing the Secretary of Defense to rescind the mandate
that members of the Armed Forces be vaccinated against COVID-19.
The Department of Defense (DOD) rescinded its mandate on
January 10, 2023.
2. In alignment with the DOD, REFs (A) and (B) are cancelled.
Effective immediately, the Coast Guard is stopping all involuntary
administrative separations that resulted from violations of the
lawful general orders to become vaccinated against COVID-19 included
within REFs (A) and (B).
3. Further guidance on other administrative actions, including PCS
and TDY transfer policies for unvaccinated members, is forthcoming.
4. Questions regarding this ALCOAST may be directed to Office of
Military Personnel Policy (CG-133) at:
HQS-PolicyandStandards@uscg.mil.
5. ADM Steven Poulin, Vice Commandant (VCG), sends.
6. Internet release is not authorized.