# Exhibit 3

```
R 252052Z JAN 23 MID200080683541U

FM COMCOGARD PSC WASHINGTON DC

TO ALCGPSC

BT
UNCLAS
ALCGPSC 012/23

SUBJ: CANCELLATION OF COVID-19 ADMINISTRATIVE MEASURES
A. ALCGPSC 016/22
B. ALCGPSC 104/21
C. ALCOAST 012/23

1. References A. and B. are hereby canceled.

2. Questions or concerns regarding the cancellation of these COVID-19
Administrative Measures should be addressed to the applicable CG PSC or
FORCECOM Division.

3. Additional personnel guidance regarding the implementation of reference C.
will be published SEPCOR.

4. RDML David Barata, Commander, Personnel Service Center, sends.

5. Internet release not authorized.
```