# Exhibit 4

261329Z JAN 23 MID200080685332U
ALCGOFF 005/23
SUBJ: RESCISSION OF COVID-19 VACCINATION MANDATE – GUIDANCE FOR ACTIVE DUTY OFFICERS
A.   ALCOAST 012/23
B.   OFFICER ACCESSIONS, EVALUATIONS, AND PROMOTIONS, COMDTINST M1000.3 (series)
C.   ALCGPSC 012/23
D.   ALCGPSC 016/22
E.   ALCGPSC 104/21
1.   Purpose: Ref A. prohibits the involuntary administrative separation of members based solely on their refusal of the COVID-19 vaccination. Consistent with the intent of ref A., this ALCGOFF provides guidance to units and the officer corps.
2.   CG PSC-OPM contacted all officers pending board action to consider involuntary separation based solely on their refusal of the COVID-19 vaccination and notified them that the pending board action has been cancelled. Officers who elected to separate in lieu of board action have also been contacted and separations based solely on their refusal of the COVID-19 vaccination have been cancelled. Any officer who was issued a notification of intent to initiate board action based solely on their refusal of the COVID-19 vaccination and has not been contacted by CG PSC-OPM should immediately contact CG PSC-OPM-1 (Separations) at HQS-SMB-PSC-OPM-1-Separations@uscg.mil.
3.   Assignments:
A.   Ref C. cancels all assignment and training restrictions imposed by refs D. and E.
B.   Members who remain unvaccinated against COVID-19 are no longer prohibited from executing Permanent Change of Station orders.
C.   Members who had a pending separation in lieu of special board action for remaining unvaccinated against COVID-19 are encouraged to contact their Assignment Officer for career counseling regarding Assignment Year 2023.
4.   Any future actions stemming from ref A. will be announced and promulgated SEPCOR.
5.   Commands with questions or concerns regarding this guidance should be directed to the POCs below:
A.   Boards, Promotions, and Separations: CDR David Ratner at David.W.Ratner@uscg.mil or (202) 795-6438.
B.   Assignments: CDR Todd Behney at Todd.M.Behney@uscg.mil or (202) 795-6425.
C.   OERs: CDR Kellee Nolan at Kellee.M.Nolan@uscg.mil or (202) 795-6468.
6.   CAPT P. J. Dougan, Chief, Officer Personnel Management Division, CG Personnel Service Center, sends.
7.   Internet release not authorized.