# Exhibit 5

```
R 252057Z JAN 23 MID200080683568U

FM COMCOGARD PSC WASHINGTON DC

TO ALCGENL

BT
UNCLAS
ALCGENL 013/23

SUBJ: RESCISSION OF COVID-19 VACCINATION MANDATE - INITIAL GUIDANCE FOR ACTIVE
DUTY ENLISTED MEMBERS
A. ALCOAST 012/23
B. Enlistments, Evaluations, and Advancements, COMDTINST M1000.2 (series)
C. ALCGPSC 012/23
D. ALCGPSC 016/22
E. ALCGPSC 104/21

1. Purpose: Reference A. prohibits the involuntary administrative separation of
members based solely on their refusal of the COVID-19 vaccination.  Consistent
with the intent of reference A. and in consideration of processes governing
active duty enlisted assignments and advancements, this ALCGENL provides
initial guidance to commands with particular focus on retaining unvaccinated
members, facilitating their participation in Assignment Year 2023 (AY23), and
preserving their advancement eligibility. Additional guidance will be
promulgated when available.

2. Retention.
A. CG PSC-EPM contacted all members with unexecuted Separation Authorizations
(SEPAUTHs) based solely on their refusal of the COVID-19 vaccination to inform
them that they will no longer be separated, barring a separate request for
voluntary separation from the member.  Commands who believe they have a member
issued a SEPAUTH based solely on their refusal of the COVID-19 vaccination who
has not been contacted by CG PSC-EPM should immediately contact CG PSC-EPM-1
(Separations) at HQS-SMB-CGPSC-EPM-1-Separations@uscg.mil.
B. Over 200 involuntary administrative separation packages based solely on a
member's refusal of the COVID-19 vaccination pend final disposition. CG PSC-EPM
will return all involuntary administrative separation packages based solely on
a member's refusal of the COVID-19 vaccination to the originating command with
no action taken.
C. Documentation of a member's failure to comply with COVID-19 vaccination
mandate alone will not render the member ineligible to reenlist or extend. All
other reenlistment and extension requirements contained in reference B. remain
applicable.

3. Assignments.
A. Reference C. cancels all assignment, boards and panels, and training
restrictions imposed by references D. and E.
B. Members who remain unvaccinated against COVID-19 are no longer prohibited
from executing Permanent Change of Station orders.
```

C. Members who are tour complete in AY23 and who remain unvaccinated against COVID-19 are encouraged to contact their Assignment Officer for career counseling if they have not done so already.

4. Advancements.
A. A member's refusal of the COVID-19 vaccination alone does not require the withholding of advancement. Commands withholding the advancement of members on the 2023 Advancement Eligibility List based solely on the member's refusal of the COVID-19 vaccination shall remove the withholding and CG PSC-EPM will authorize advancement via a future Enlisted Personnel Advancement Announcement.
B. Members whose advancement was withheld on the now expired 2022 Advancement Eligibility List are encouraged to compete in the 2023 SWE or Master Chief Advancement Panel (MCAP) if they meet all other advancement eligibility requirements.
C. Commands having awarded a mark of "Not Recommended" based solely on a member's refusal of the COVID-19 vaccination shall submit a Commanding Officer's Recommendation Change (CORC) Enlisted Employee Review (EER) to ensure the member's eligibility to compete in the 2023 SWE or MCAP.
D. Reference B. contains guidance on removing the withholding of advancement and submitting CORC EERs. Commands seeking additional clarity on policies governing EERs may submit an email to HQS-SMB-CGPSC-EPM-3-Evaluations@uscg.mil.
E. Commands are reminded that the SWE and MCAP Eligibility Date for participation in the 2023 SWE and MCAP is 01 February 2023.
F. Members must report any Personnel Data Extract (PDE) discrepancies to their administrative office or SPO and verify the online PDE reflects a status of "eligible."  If the online PDE is not correct, contact PPC (ADV) prior to the PDE correction period deadline. The correction period deadline for the May 2023 SWE is 01 April 2023. All EER CORCs must be submitted to EPM-3 on or before 01 April 2023 with an effective date of 1 February 2023. Given the proximity of SWE and MCAP Eligibility Date and the PDE correction period, commands are encouraged to engage with the CG PSC-EPM-1 Advancement Branch early if they believe more time is needed to meet advancement eligibility requirements. Commands seeking additional clarity on policies governing advancement eligibility may submit an email to HQS-SMB-CGPSC-EPM-1-Advancements@uscg.mil.

5. Commands with questions or concerns regarding this guidance should be directed to the POCs below:
A. Separations/Reenlistments: CAPT(s) Evelynn Samms at Evelynn.B.Samms@uscg.mil or (202) 795-6565.
B. Assignments: CAPT(s) Tony Migliorini at Anthony.R.Migliorini@uscg.mil or (202) 795-6596.
C. Evaluations: CDR(s) La'Shanda Hawkins at Lashanda.R.Hawkins@uscg.mil or (202) 795-6388.

6. CAPT J. A. Carter, Chief, Enlisted Personnel Management Division, CG Personnel Service Center, sends.

7. Internet release not authorized.