| HARM | CORRECTED BY ALCOAST? | WHEN | GOVT'S POSITION | PLAINTFFS' POSITION | PLAINTFFS' REQUESTED REMEDY |
|---|---|---|---|---|---|
| Involuntarily Separated | No | N/A | No answer | Not rescission | Backpay / Full Compensation |
| Loss of Pay and/or Points | No | N/A | No answer | Not rescission | Restore Full Pay & Points |
| Drop to ISL / Inactive Status | No | N/A | No answer | Not rescission | Return to active status & Points |
| RFRA Violations | No | N/A | Moot | Trial | Monetary Damages |
| General Discharge | No | N/A | No Answer | Corrected | Honorable Characterization |
| Form 3307 Counseling | Uncertain | Unknown | No Answer | Removed | Removed |
| Art. 15 | Uncertain | Unknown | No Answer | Removed | Rescinded |
| Adv. Evals | Uncertain | Unknown | No Answer | Removed | Removed |
| "Flags" | Uncertain | Unknown | Removed | Don't Believe | Removed |
| Rank Reduction | Uncertain | Unknown | No Answer | Return stripes | Given Back |
| Lost promotion / Non-Selection | Uncertain | Next year | Apply next year | Promote | Promoted |
| Denied Schools or Training | Uncertain | Next Year | Talk to Monitor | Cut Orders | Orders for next available slot |
| Bad DD-214 | No | N/A | No Answer | Correct | Corrected |
| Reenlist Barred | Yes | N/A | No More Bar | OK | Backpay & Correction |
| Continued Discrim. | No | N/A | No Answer | Still Ongoing | PI/Damages – Root and Branch relief |