United States District Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BAZZREA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:22-cv-265 |
| | § | |
| ALEJANDRO MAYORKAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **ORDER**

After considering the parties' status report, Dkt. 72, the court orders additional briefing addressing the question of mootness, given the new James M. Inhofe National Defense Authorization Act for Fiscal Year 2023 (NDAA). Pub. L. No. 117-263, § 525 (Dec. 23, 2022), 136 Stat. 2395. The defendants are ordered to file an opening brief no longer than 15 pages on or before February 17, 2023; the plaintiffs must file a response brief no longer than 15 pages on or before March 3, 2023; and the defendants may file a reply brief no longer than 5 pages on or before March 10, 2023.

Signed on Galveston Island this 1st day of February, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE