IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-00265 |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE COURT-ORDERED MOOTNESS BRIEFING**

Defendants respectfully move for an extension of time to file their Court-ordered mootness briefing. The current deadline to respond is February 17, 2023. *See* Order, ECF No. 73. Counsel for Defendants conferred with counsel for Plaintiffs, who consent to the relief requested herein.

On February 1, 2023, this Court ordered the parties to file briefing addressing the question of mootness. *See* Order, ECF No. 73. The Court directed Defendants to file an opening brief by February 17, 2023; directed Plaintiffs to file a response brief by March 3, 2023; and allowed Defendants to file a reply brief by March 10, 2023.

On February 14, 2023, the parties received an email from the Southern District of Texas notifying them that the Court's CM/ECF and PACER systems would be unavailable from 6:00 PM on Thursday, February 16, 2023, through "some time late in the holiday weekend."

To accommodate electronic filing, Defendants respectfully request that the Court alter the current briefing schedule to allow Defendants to file their mootness briefing on Tuesday, February 21, 2023, when the Court's CM/ECF system is again available. Defendants also request that all related deadlines be extended in kind, specifically: Plaintiffs may file their

1

response brief by March 7, 2023; and Defendants may file any reply brief by March 14, 2023.

In the alternative, Defendants request that the Court allow Defendants to file electronically by providing a copy of their filing to chambers via email on February 17, 2023, and then docketing the filing on the Court's CM/ECF system on February 21, 2023.

Defendants appreciate the Court's consideration and respectfully request entry of Defendants' proposed order.

Dated: February 14, 2023          Respectfully submitted,

                                                  BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

<u>/s/ Cassandra Snyder</u>
JODY D. LOWENSTEIN (MT #55816869)
CASSANDRA SNYDER (DC #1671667)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Cassandra Snyder
CASSANDRA SNYDER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch