United States District Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

MICHAEL BAZZREA, *et al.*,

    Plaintiffs,

v.

ALEJANDRO MAYORKAS, *et al.*,

    Defendants.

Case No. 3:22-cv-00265

**ORDER ON DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE COURT-ORDERED MOOTNESS BRIEFING**

Upon consideration of Defendants' Consent Motion for an Extension of Time to File Court-Ordered Mootness Briefing, the Court hereby GRANTS the motion. Defendants shall file an opening brief on or before February 21, 2023; Plaintiffs shall file a response brief on or before March 7, 2023; and Defendants may file a reply brief on or before March 14, 2023.

Signed on Galveston Island this 15th day of February, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE