# EXHIBIT 2

Intervenor Injury Table

| NAME | STATUS IN CASE | ACTION/DATE | IMPACT TO MEMBER |
|---|---|---|---|
| Vargas, Pedro | Intervenor-Plaintiff | ISL 2SEP22 | 1. Son was born on May 22nd and when trying to reenlist for 4 more years and add son as dependent to transfer GI bill (college) benefits to him was informed that they would deny him that option due to his vaccination status<br>2. Denied training after being given approved orders and was pulled from class on the first day<br>3. Given an intent to discharge in front of other members in the galley (kitchen)<br>4. Denied legal counsel when given intent to discharge<br>5. Intent to discharge pulled and instead given transfer to the ISL within only 2 weeks from paperwork (required to be minimum of 90 days)<br>6. Unable to meet monthly bills and forced to take out a loan to meet financial obligations after being transferred to the ISL<br>7. Dealing with severe stress, depression and anxiety<br>8. Received a memo in the mail February 7, 2023 ordering him to then return to base for drill so is now being forced in after being forced out<br>9. ISL orders were deleted from Direct Access, travel orders are not deleted and are instead canceled<br>10. Lost drill opportunities for 6 months resulting in lost wages and retirement points<br>11. Unit he is being forced back to does not want him there and is forcing him to transfer yet again, this time to a completely different unit<br>12. Still being threatened with negative 3307 counseling records<br>13. Will not be able to make up the drills he has lost<br>14. Denied advancement |
| Barker, Brett | Intervenor-Plaintiff | DISCHARGE 29JUL22 | 1. Command removed his ability to serve at all operational units and was told he was a threat to other members |

1

| | | | |
|---|---|---|---|
| | | | 2. Constant stress and threats caused severe panic attacks and hospitalization<br>3. Denied advancement opportunities<br>4. Being forced to repay $15,000 reenlistment bonus<br>5. Had to pay out of pocket to move to family costing additional loss of $3,000+<br>6. Unable to find work due to severe anxiety and depression<br>7. Unable to receive compensation from the VA as the Coast Guard has not send required documents<br>8. Homeless and living in a motorhome with his wife and children, relying on SNAP and Medicaid as finances are completely ruined from the Coast Guard's actions |
| Wolhaupter, Benjamin | Intervenor-Plaintiff | | 1. Denied advancement<br>2. Received the lowest annual Officer Evaluation Report (OER) of his career solely because he was not vaccinated creating potential further denials and harm to future career<br>3. Denied training<br>4. Restricted to within 50-miles of base resulting in missing numerous family events<br>5. Experienced mental health strain due to the actions of the Coast Guard<br>6. Is still facing involuntary separation if he is not promoted in the summer of 2023 as an officer of the Coast Guard which he likely will not be promoted due to the EOR and prior denied advancement |
| Kennedy, Carlton | Intervenor-Plaintiff | DISCHARGE 1DEC22 | 1. Both member and wife (also intervenor-plaintiff in this action) were discharged out of Kodiak, Alaska after just having had a baby<br>2. Experiencing PTSD, depression and anxiety<br>3. Do not have health insurance for themselves or their 7 month old daughter<br>4. Experienced coercion tactics, discrimination and prejudice while in the Coast Guard |

2

Intervenor Injury Table

| | | | |
|---|---|---|---|
| | | | 5. Restricted to within 50 miles of base on a remote Alaska island with an infant who had a dangerous delivery<br>6. Being forced to repay $23,000 reenlistment bonus to the Coast Guard<br>7. Have incurred additional unimaginable debt for moving costs and living costs<br>8. Unable to make claims with the Department of Veterans Affairs as the Coast Guard did not give them the proper forms or ability to make copies of medical records |
| Collins, Christopher | Intervenor-Plaintiff | DISCHARGE 7NOV22 | 1. Experienced severe pressure and discrimination<br>2. Discouraged from expressing and exercising his religious beliefs<br>3. Forced to attend unwanted and informal "meetings" with command who were attempting to coerce him into vaccinating<br>4. Was given low performance evaluations solely because he was not vaccinated when he had previously received high and positive performance evaluations<br>5. Restricted to within 50 miles of work and missed funerals of family members<br>6. Denied the ability to take training such as TAPS which is the discharge course for members and is required<br>7. Denied a medical board even though he had marked injuries and issues that would require a med board<br>8. Now in severe debt and about to become homeless with his wife and two children<br>9. Struggling to find work since discharge due to illness and injury |
| Akey, Michael | Intervenor-Plaintiff | | 1. Extreme depression resulting in suicidal thoughts<br>2. Distrust of governmental leadership<br>3. Unable to receive help from the Department of Veterans Affairs, |
| Anderson, Nathaniel | Intervenor-Plaintiff | | 1. Denied advancement<br>2. Denied training schools |

3

| | | | |
|---|---|---|---|
| | | | 3. Informally assigned to units other than his own disrupting his sleep schedule, creating anxiety and undue stress<br>4. Threatened from command that his career would be lost, and threatened financially<br>5. Command voice their opinions and spoke openly about his medical choices in front of others<br>6. Forced to stand extra watches causing dangerous physical strain<br>7. Threatened with disciplinary action and verbally reprimanded in front of others |
| Andrada, Martin | Intervenor-Plaintiff | | 1. Denied training opportunities<br>2. HIPAA violated hundreds of times in front of others<br>3. Openly ridiculed by officers in front of others<br>4. Prohibited from traveling, caused lost finances in the amount of $5,000 |
| Andriski, Stanley | Intervenor-Plaintiff | | 1. Threatened with ISL orders immediately after reporting to a new unit<br>2. ISL transfer date changed multiple times and was never advised, member found out on his own through the CG's electronic system<br>3. Pressured and coerced by command<br>4. Stress caused depression and anxiety in both member and entire family resulting in needing to seek mental health assistance<br>5. Lost drill days which results in lost wages in the amount of $709.74 and 6 retirement points<br>6. Denied training<br>7. Now facing returning to a unit where he was previously chastised and will remain isolated |
| Atchison, Zachary | Intervenor-Plaintiff | | 1. Travel restricted to within 50 miles of home, missed important events with family and funerals for family members<br>2. Financial uncertainty as the sole provider for his family and being threatened with discharge<br>3. Advancement withheld |

Intervenor Injury Table

| | | | |
|---|---|---|---|
| | | | 4. Years lost unable to pursue advancement and further career as intended<br>5. Afraid to be involved with medical if necessary, given the threats, coercion and discrimination already experienced |
| Beckham, William | Intervenor-Plaintiff | | 1. Travel restricted to 50 miles from home<br>2. Denied legal counsel during meetings with command<br>3. Threatened with discharge constantly<br>4. Personnel record still contain negative 3307 counseling forms for asserted "violations of UCMJ Articles 90 and 92" which could result in damage for ability to advance and promote |
| Bleicken, Richard | Intervenor-Plaintiff | | 1. Due to constant threats and stress from the Coast Guard's actions is now suffering from five ulcers<br>2. Negative 3307 counseling forms could result in damage for ability to advance and promote<br>3. Denied ability to complete drills resulting in lost wages and retirement points |
| Carr, Adam | Intervenor-Plaintiff | DISCHARGE 1DEC22 | 1. Denied training opportunities<br>2. Denied travel outside of 50 miles from base which was a remote island in Kodiak<br>3. Denied advancement<br>4. Experienced severe stress and anxiety to the level where he did not feel safe to fly or stand duty any longer<br>5. Still currently in counseling<br>6. Has to sell a house in Kodiak that he had just purchased prior to discharge and must move to home of record causing severe financial impacts |
| DeLano, Adam | Intervenor-Plaintiff | | 1. Confined within 50 mile radius of his home for a year causing family strain and son to believe his father did not love him which resulted in suicidal behaviors of son requiring medical intervention<br>2. Unable to see ill mother before her death<br>3. Loss of finances in the amount of $3,500 due to the travel restriction |

Intervenor Injury Table

| | | | |
|---|---|---|---|
| | | | 4. Advancement denied<br>5. Loss of earned pay raise led to financial situations including the loss of approximately $30,000 and caused undue strain on marriage<br>6. Denied transfer to new unit<br>7. Experienced discrimination and stress<br>8. Now facing new loss of career opportunities due to setback in career |
| Dickinson Taylor | Intervenor-Plaintiff | DISCHARGE 10NOV22 | 1. Denied advancement<br>2. Restricted to within 50 miles from his duty station<br>3. Denied training which brought his career to a halt<br>4. Forced to payback a portion of a reenlistment bonus to the Coast Guard<br>5. Experienced extreme stress and anxiety due to the Coast Guard's actions resulting in needing medical intervention that is still ongoing<br>6. Loss of primary income causing significant financial strain, loss of retirement and healthcare |
| Emmons, Lauren | Intervenor-Plaintiff | DISCHARGE 18NOV22 | 1. Denied advancement<br>2. Denied training<br>3. Now homeless and looking for work after being forced to move out of Alaska in the dead of winter<br>4. Lost finances due to having to use a significant amount of savings<br>5. Cannot afford housing |
| Gaudin, Alec | Intervenor-Plaintiff | DISCHARGE 28OCT22 | 1. Significant financial harm<br>2. Loss of GI bill benefits<br>3. Psychological harm including loss, confusion, depression and anxiety |
| Gonzales, Margarito | Intervenor-Plaintiff | | 1. Consistently faced threat of discharge and told the service did not need him<br>2. Retirement request denied and given an intent to discharge |

6

Intervenor Injury Table

| Name | Role | | Injuries |
|---|---|---|---|
| Goodrich, Nicole | Intervenor-Plaintiff | | 1. Forced to transfer temporarily to a new unit<br>2. Felt trapped and fearful of the Coast Guard and the command due to constant threats on her career and pension<br>3. Stress and anxiety created tumultuous nightmares, grief and anger which caused need for medical intervention<br>4. Physical conditions resulting from stress and coercion included grinding teeth to the point where crown lengthening surgeries need to be completed<br>5. Marked physical changes in weight which now threatens career retention<br>6. Forced to put in a retirement request and now will not be able to advance<br>7. Loss of income and financial strain<br>8. Life was in limbo due to constant threat of discharge<br>9. Restricted to within 50 miles from unit and unable to visit family<br>10. Loss of leadership position, experienced humiliation and embarrassment<br>11. Denied a medical board<br>12. Now being told not to submit a religious exemption for the flu vaccine and should just submit an intent to discharge if she intends to not take the flu vaccine |
| Haden, Robert | Intervenor-Plaintiff | | 1. Denied time off requests<br>2. Denied training<br>3. Forced to wear a mask while others were not required<br>4. Face threats of discharge for 2 years causing undue stress on member and his family<br>5. Forced to sell house that was planned to be retained as an investment<br>6. Denied opportunities to deploy with the unit on missions<br>7. Received drops in previously high employee review remarks |

| | | | |
|---|---|---|---|
| | | | 8. Forced to face sending 7 month pregnant wife off the island where stationed due to the threat of discharge and fear of not being able to safely give birth<br>9. Experienced depression and anxiety resulting in needing medical intervention<br>10. Lost finances and possibly facing not being able to transfer GI Bill to his children |
| Heaton, Matthew | Intervenor-Plaintiff | | 1. Discriminated against for religious beliefs<br>2. Faced travel boundaries and forced to quarantine for periods not required for others<br>3. Given multiple negative administrative remarks and performance evaluations that remain in his record<br>4. Denied training<br>5. Denied advancements<br>6. Denied leave<br>7. Experienced threats of discharge, stress and anxiety causing him and his wife to delay having children<br>8. Lost of potential financial gains due to being denied advancement<br>9. Still being denied training even with the mandate being lifted |
| Hennigan, Dylan | Intervenor-Plaintiff | | 1. Denied advancement<br>2. Denied travel and unable to see his grandfather before his death<br>3. Loss of finances in the amount of $2,280 for lodging after being put on administrative grounding<br>4. Received negative performance evaluations to the degree that he may never be able to advance in his career |
| Hicks, Timothy | Intervenor-Plaintiff | | 1. Denied training<br>2. Denied drill days resulting in loss of pay and retirement points<br>3. Was told he was transferred to the ISL but was never actually transferred and now has significant loss towards retirement |
| Higham, Thomas | Intervenor-Plaintiff | | 1. Was denied training and pulled from a 10 week course at week 4 |

8

Intervenor Injury Table

| | | | |
|---|---|---|---|
| | | | 2. Had to start over at a new unit but was not authorized to leave the boat on port calls<br>3. Was made fun of, harassed and treated differently because of his vaccination status<br>4. Experienced depression, anxiety, and isolation which he is still experiencing<br>5. Was sent to another unit temporarily while awaiting discharge orders<br>6. Denied advancement |
| Little, Natalie | Intervenor-Plaintiff | | 1. Was outcast and isolated<br>2. Restricted to base and not allowed to use facilities while in training<br>3. Immediately before a very important training test was reminded that severe consequences would be implemented if members were not vaccinated<br>4. Denied the opportunity to apply for officer candidate school due to vaccination status which limits members career opportunities<br>5. Had to seek medical care for mental health effects by the Coast Guard's actions<br>6. Currently facing pressure from unit to complete qualifications after not being able to meet deadlines under threat of discharge and issued discharge orders |
| Mozingo, Jason | Intervenor-Plaintiff | | 1. Denied daily leave and liberty and restricted to within 50 miles of house<br>2. Required to be tested for COVID weekly<br>3. Treated unfairly and unequally due to vaccination status causing isolation, depression and anxiety for not only himself but his wife and 4 children |
| Musgrave, Christopher | Intervenor-Plaintiff | DISCHARGE 19SEP22 | 1. Denied advancement<br>2. Denied training<br>3. Forced to repay bonus with threat of interest<br>4. Pay and leave were garnished to make repayment resulting in loss of funds |

Intervenor Injury Table

| | | | |
|---|---|---|---|
| | | | 5. Restricted travel cause inability to attend funerals of family members<br>6. Denied ability to attend training for civilian career due to leave being taken away<br>7. Mental and emotional strain and damage to himself and his family<br>8. Denied ability to attend church because it was outside the 50-mile radius<br>9. Now facing loss of house, vehicle and savings are empty, unable to provide for family and children |
| Navarro, Timothy | Intervenor-Plaintiff | | 1. Severe emotional and mental distress for himself and family<br>2. Restricted to within various short miles from home<br>3. Experienced depression and anxiety along with severe family strain<br>4. Denied advancement<br>5. Given low scores in employee reviews which will severely impact his future earnings in retirement |
| Olson, Isaak | Intervenor-Plaintiff | | 1. Denied advancement<br>2. Denied trainings<br>3. Experienced fear and other mental and emotional strain at constant threat of losing career |
| Quintero, Carlos | Intervenor-Plaintiff | | 1. Coerced and put under duress by being threatened with punitive action for not receiving the vaccine<br>2. Travel restricted within a 50-mile radius of base<br>3. Not permitted to dine in the galley where food is provided to members of the Coast Guard on base |
| Ricardo, Stephen | Intervenor-Plaintiff | DISCHARGE 11NOV22 | 4. Mental and emotional strain causing loss of sleep, changed eating habits, and severe anxiety<br>5. Stress caused severe marital strains<br>6. Travel restricted to within 50 miles from home or duty station resulting in losing time with family<br>7. Not allowed to be near vaccinated members<br>8. Denied reenlistment |

10

| | | | |
|---|---|---|---|
| | | | 9. Denied enlistment extension<br>10. Loss of finances due to home refinancing being denied after discharge<br>11. Currently unemployed and still unable to find employment |
| Rieck, Adam | Intervenor-Plaintiff | DISCHARGE 14NOV22 | 1. Travel restricted within a 50-mile radius of base<br>2. Missed funerals of three family members<br>3. Denied training and schools<br>4. Forced to stand duty for vaccinated members who were sick with Covid<br>5. Denied advancement<br>6. Faced coercion and threats until he was deemed insubordinate<br>7. Forced to repay money to the Coast Guard for an advancement that never happened<br>8. Was stripped of awards and responsibilities after being given negative 3307 counseling pages<br>9. Forced to sell earned leave<br>10. Was denied having the option to finish medical and dental exams before separation<br>11. Forced to move his belongings without his wife and children<br>12. Was told that the Coast Guard to do whatever it wanted and break any law because they owned him<br>13. Faced emotional and mental strain causing fear of what may happen in the future<br>14. Facing potentially having to live in an RV with his family due to financial strain caused by discharge |
| Sheill, Richard | Intervenor-Plaintiff | DISCHARGE 9NOV22 | 1. Was informed he would be discharged while on parental leave after the birth of his child<br>2. Forced to sell earned leave days<br>3. Severe stress caused by the Coast Guard's actions resulted in sleep deprivation and anxiety<br>4. HIPAA violations with command brining up his vaccination status and medical information in front of the entire base without consent |

Intervenor Injury Table

| | | | |
|---|---|---|---|
| | | | 5. Denied advancement<br>6. Given negative employee remarks<br>7. Loss of pension and benefits<br>8. Loss of financial stability and placed in financial hardship due to loss of income<br>9. Facing potentially not being able to obtain employment as the Coast Guard used the discharge code JND for most discharged members which means "other, concealed arrest record" |
| Shelton, Matthew | Intervenor-Plaintiff | DISCHARGE 25JUL22 | 1. Was discharged after approved retirement request was voided even though he had 5 months left and had completed all drill and did not need to return to base<br>2. Endured extreme duress and anxiety along with discrimination |
| Stamm, Timothy | Intervenor-Plaintiff | DISCHARGE 28OCT22 | 1. Loss of retirement due to forced discharge<br>2. Loss of healthcare for himself and dependents<br>3. Religious rights violated causing undue stress and turmoil<br>4. Restricted and forced to remain on the island of Kodiak, Alaska<br>5. Criticized in front of entire unit for vaccination status<br>6. Forced to now pay out of pocket for medical and travel expenses to continue necessary medical treatments for 2-year-old daughter<br>7. Currently being questioned by civilian employment as to why his service ended so abruptly |
| Stonecipher, Jacob | Intervenor-Plaintiff | | 1. Experienced undue stress and hardship<br>2. Denied opportunities that others were given for himself and his family<br>3. Has negative remarks and evaluations that could now prevent any further advancement in the Coast Guard |
| Thibodeau, Melinda | Intervenor-Plaintiff | | 1. Denied transfer<br>2. Was experiencing the stress of a hurricane while being ordered to the ISL and faced fear of losing healthcare and income needed during a hurricane<br>3. Coast Guard's actions caused anxiety and fear in addition to uncertainty for her and her family |

Intervenor Injury Table

| | | | |
|---|---|---|---|
| | | | 4. Denied advancement due to negative remarks in record for not receiving a vaccination<br>5. Not able to complete her required health assessment because her medical file is missing because the Coast Guard sent it to the Department of Veterans Affairs to be archived before she was even discharged |
| Truman, Simon | Intervenor-Plaintiff | | 1. Denied training<br>2. Denied unit wide awards solely because he was unvaccinated<br>3. Denied healthcare<br>4. Threatened with loss of medical benefits and pay<br>5. Was not allowed to drill and faced lost wages and points for retirement<br>6. Being forced to repay medical benefits for the period of time he was in the ISL<br>7. Currently experiencing continued mental stress due to the actions of the Coast Guard |
| Vega, Leonardo | Intervenor-Plaintiff | | 1. Forced to adhere to active duty timelines for religious accommodation request process even though he was a reservist<br>2. Administratively reprimanded and harassed while not on orders or acting in an official capacity as a member of the Coast Guard<br>3. Accused of breakings articles 90 and 92 without a due process hearing<br>4. Experienced undue duress emotionally, spiritually, and financially<br>5. Denied advancement opportunities and active-duty opportunities<br>6. Now facing additional discrimination for submitting a religious accommodation for the flu vaccine |
| Yee, Matthew | Intervenor-Plaintiff | DISCHARGE 1DEC22 | 1. Denied leave<br>2. Denied training and schools<br>3. Denied advancement opportunities<br>4. Denied deployments<br>5. Forced to quarantine even when testing negative for Covid |

| | | | |
|---|---|---|---|
| | | | 6. Subjected to random and planned Covid tests<br>7. Required to vacate government housing and drive 3,000 miles from Alaska cross country in the middle of winter<br>8. Loss of money during forced move due to having to obtain equipment to be able to travel in dangerous conditions<br>9. Will still need to pay more to complete move to Puerto Rico where family is as the Coast Guard would only move them to their home of record in California<br>10. Will not be able to obtain the positions he would have obtained in the Coast Guard IF he is allowed back in<br>11. Was given negative 3307 counseling remarks that remain in his record<br>12. Forced to sell earned leave days |
| York, Christy | Intervenor-Plaintiff | | 1. Denied advancement<br>2. Denied opportunity to submit Command Senior Enlisted Leader package<br>3. Force to turn in retirement request under duress<br>4. Coast Guard attempted to coerce and edit retirement request to say voluntary even though it was involuntary<br>5. Was selected to advance to rank E9 and was then demoted to E8<br>6. Permanently removed from position as a Silver Badge causing permanent career damage<br>7. Experienced critical levels of fatigue and stress along with threats to her career and future financial security<br>8. Lost eligibility to transfer GI Bill benefits to her children<br>9. Prevented from drilling causing financial loss and loss of healthcare benefits |