# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>   Plaintiffs<br><br>          v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>   Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF MICHAEL V. AKEY |

**Declaration of Michael V. Akey, U.S. Coast Guard**

I, Michael V. Akey, YN/E5, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Adel, Iowa.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Petty Officer Second Class Yeoman stationed at Coast Guard Base Detachment St. Louis. My job duties entail assisting fellow Coast Guardsmen/women with administrative tasks. This can include tasks such as: pay issues/completion, insurance questions, travel issues, reporting in/out paperwork, filing paperwork, and so on. The list of tasks is endless as every member has a different situation that they need assistance with.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on October 29, 2021.

6. My initial request for a Religious Accommodation was denied on February 15, 2022 by Captain Michael R. Roschel/Adjudication Authority – CG-133 Head Quarters, Washington DC. This

denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7.   I submitted an appeal to denied religious accommodation decision on February 21, 2022. The subsequent appeal was denied on May 19, 2022 by Rear Admiral Eric C. Jones/Appellate Authority CG-1. This document can also be provided to the court.

8.   Throughout the past 2 years my life has been inundated with fear, nervousness, uncertainty, and loss of confidence. I have been withdrawn from my family, my work, my friends, and from myself. I have had multiple suicidal thoughts as I was made to feel inadequate and alone through this process. I have lashed out at my family and have gone through periods where I couldn't even find the words to have a normal conversation with my wife and kids. I have been in a state of depression. My mind is unable to see trust in the future with any military/government leader. I feel watched whenever I show up for duty as the word has spread that I am "unvaccinated." I have reached out for help from the VA, from my annual Periodic Health Assessments, as well as, from my Base Medical Officer. The only remedy for the amount of mental strain that I have been under is by seeking God as my refuge and strength. I am proud of my decision to stand my ground based on my faith in Jesus Christ and I know that He has my back in this no matter what. My faith was tested beyond what I thought was possible and it stayed true. No matter what happens in the future – I will not back down from what I believe, but stand strong knowing that I have brothers and sisters in the Coast Guard who have fought the good fight alongside me.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___1ˢᵗ___ day of March, 2023.

_____

Michael V. Akey

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF ANDERSON, NATHANIEL B. |

### Declaration of Nathaniel B. Anderson, U.S. Coast Guard

I, NATHNAIEL B. ANDERSON, OS/E4, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in CHARLESTON, SC.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an OS/E4 stationed on USCGC Hamilton. I was in-charge of radio communications, operational outlook and control, radar control and monitoring, and message traffic via NIPR/SIPR and Satellite Radio.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 06SEP2021

6. My initial request for a Religious Accommodation was denied on 04FEB2022 by Capt. A. W. Williams stationed at CG-133. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 04MAR2022. The subsequent appeal was denied on 06MAY2022 by J. L. Knight, SES Appellate Authority. This document can also be provided to the court.

8. I was Denied an advancement to the next rank of E-5 and denied a transfer to Sector LA/LB as a result causing self-doubt, anxiety, and a hostile work environment. I was also denied the chance to further my training by being denied the chance to attend a C-School. On 28AUG2022 I was informally admin assigned to base Charleston for Hamilton's deployment period. During this time Hamilton, without my knowledge, shopped out my billet and removed me from access lists on board assuming my discharge would be complete by the time they had returned 20DEC2022. When Hamilton returned, they did not allow me to come back but instead kept me informally admin assigned to base and had me transferred to different departments. This caused changes in my work schedule and loss of sleep due to anxiety built up around the unknown. My anxiety through this time also came from the lack of communication between me and my chain of command. Causing me to force communication and information. Due to my unknown status, there was no help or care towards me from my assigned duty station causing last minute scrabble to get my discharge package ready for my end of enlistment. Exposed to continuous coercion, mostly aggressive in nature, by my chain of command and senior enlisted despite their awareness of my religious objection. This coercion included threats to my health, career, and relationships between colleagues, as well as financial enticements and special duty assignments. On multiple occasions I was singled out among my colleagues and informed about personal information openly Infront of them. I was confined to the ship during 3 deployments, all over 60 days, when my shipmates were allowed the freedoms to get off. I was also forced into standing extra watches with detainees and Haitian migrants. During this time, I expressed my concerns to my health since none of the detainees or migrants were tested for covid or given a quarantine. I was also threatened with retaliation in the form of disciplinary actions when I brought my concerns to my chain of command. On multiple occasions I was verbally reprimanded for not wearing my mask, I

was forced to wear the mask for more than a quarantine period while everyone else was not

forced too. The crew and command started to enforce this on me causing me to be singled out and

put down emotionally.


    I declare under penalty of perjury, under the laws of the United States that the foregoing statements

are true and correct to the best of my knowledge.

Executed this <u>25th</u> day of February, 2023.

<u>Nathaniel Bradley Anderson</u>                       

NAME

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | <br><br> Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF Martin Lee Andrada |

### Declaration of Martin Lee Andrada, U.S. Coast Guard

I, Martin lee Andrada, Aviation Maintenance Technician Second Class, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in San Diego, CA

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an Aviation Maintenance Technician Second Class currently stationed at USCG Air Station San Diego.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 12JAN2022.

6. My initial request for a Religious Accommodation was denied on 12JAN2022 by Captain AW. White, COMDT CG-133. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 25JAN2022. The subsequent appeal was denied on 18MAY2022 by James Knight, CG-133. This document can also be provided to the court.

8. On 11AUG2022, I was notified of the Coast Guard's intent to discharge me from military service.

9. I, and my family, were under extreme mental stress and I began struggling with anxiety as a result of the thought losing my job. My professional reputation and career were damaged because of the light that the Coast Guard portrayed people who requested a religious accommodation for the Covid-19 vaccine. I was denied training opportunities because of my vaccination status. My HIPAA privacy was violated hundreds of times as my medical history and decisions were being discussed by people across my unit. I was openly ridiculed by officers inquiring about "why I was too afraid to get the vaccine". As a result of Coast Guard policies prohibiting me from traveling to foreign countries, I was forced to cancel a family Vacation to Greece and as a result, I lost over $5,000 in plane tickets.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 1st day of March 2023.

Martin Lee Andrada

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF STANLEY ANDRISKI |

**Declaration of Stanley Andriski, U.S. Coast Guard**

I, STANLEY ANDRISKI, ME1, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Barre, Massachusetts.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Maritime Enforcement Specialist First Class in the United States Coast Guard Reserve, assigned to Sector Boarding Team at USCG Sector Boston. After graduating the USCG Maritime Law Enforcement Academy I worked quickly to become a qualified Boarding Team Member and then a qualified Boarding Officer. While working at Sector Boston my responsibilities are to conduct law enforcement and security operations throughout our area of responsibility. This includes recreation boating safety inspections, security boardings, anti-terrorism force protection, and Ports, Waterways, and Costal Security missions.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 28 OCT 21.

6.  My initial request for a Religious Accommodation was denied on 05 JAN 22 by CAPT A.W.
    Williams (CG133). I was notified of this denial via phone and email on 11 JAN 22 by LCDR E.
    G. Nakagawa (Sector Boston). This denial affirmed my religious beliefs were sincere, yet claimed
    there were no lesser restrictive means to further the government's compelling interests than
    requiring vaccination. This denial letter can be provided to the court if requested.

7.  I submitted an appeal to the denied religious accommodation decision on 24 JAN 22. The
    subsequent appeal was denied on 09 MAY 22 by RADM M. L. Lafferty (CG1). I was notified of
    this denial via phone and email on 19 MAY 22 by LCDR E. G. Nakagawa (Sector Boston). This
    document can also be provided to the court.

8.  On 04 MAY 22, I received PCS orders to report to Port Security Unit 301 (PSU 301) on 01 OCT
    22. Per Coast Guard policy, reservists are eligible to PCS up to 90 days early or 90 days late.
    Being excited to start the next chapter of my Coast Guard career, I requested an early transfer to
    the PSU that was approved by my supervisor. I subsequently reported on 20 AUG 22 and began
    the check in process to include meeting my new teammates.

    On 21 AUG 22 as part of my check in process, I met with the Commanding Officer, Executive
    Officer, and Master Chief Petty Officer of PSU 301. It was at that time, the Commanding Officer,
    CDR Thomas Adams, informed me that due to my vaccination status, I would be processed for
    transfer to the Inactive Stand-by List (ISL) if I did not receive the vaccine within the next several
    days. I was told this transfer would have an effective date of 30 SEP 22. This transfer would
    essentially be ending my Coast Guard career.

    On 02 SEP 22, I was contacted by CDR Timothy Walsh (Sector Boston) who informed me that
    my PCS orders to PSU 301 should have been cancelled and that I should have never reported. He
    informed me that my PCS orders were now officially cancelled, that I was still attached to Sector
    Boston, and that Sector Boston would be the ones to transfer me to the ISL. I was again given a
    30 SEP 22 date for that transfer.

    After my initial 30 SEP 22 scheduled transfer to the ISL, the date was changed several more

times. This included 01 DEC 22, 15 DEC 22, and finally 14 JAN 23. At no time did anyone from

the Coast Guard advise me of these changes. I found out by checking my personal Direct Access

account and seeing the changes myself. Not knowing what was happening and living day to day

was extremely stressful. Up until the COVID-19 Vaccine mandate, I was a high preforming

member of the team. I achieved the rank of First Class Petty Officer in less than 5 years. I

received numerous awards, many which were earned while serving on active-duty orders in direct

support of COVID-19 operations. When the vaccination order first came down, I was placed

under pressure by my command. This was despite informing them of my intent to submit for a

religious accommodation request and having all the required meetings scheduled. To make

matters worse, I was away from home on active duty orders trying to support the Coast Guard in

its COVID-19 efforts. I became depressed and began to experience anxiety. The stress also

weighed on my personal relationship with my wife. Both of us had to seek out mental health

assistance from support programs and friends. These symptoms I experienced continued as my

initial request and appeal was denied. I was now experiencing increased anxiety every time I

would report for reserve duty. I did not know what day would be my last and I couldn't support

my team or my own training plan because every day was "my last day." I felt isolated, alone, and

like I was basically "dead weight". I was no longer the high preforming "go to" Boarding Officer

that I used to be. After my appeal was denied, I was ordered to "Report to Base Boston Medical"

to get an "Fully FDA approved vaccine". Wanting to comply with the order to the best of my

ability, I reported to Base Boston Medical only to be told they had no such "Fully FDA approved

vaccine" in stock. Why was I being punished for not doing something the Coast Guard couldn't

even provide?

9. Had my religious accommodation been approved, I would have reported to PSU 301 on 20 AUG

22 as planned and been actively working towards my required qualifications. Instead, I had those

orders pulled even after reporting. I was humiliated by reporting to a new unit where I was

welcomed by different members, completed orientation activities, and participated in social activities, only to then disappear and have people wondering what happened to me. I was told by the CO to not draw any of the uniform items that had been ordered for me, but was being asked by numerous members "did you get your uniforms yet?" and told "Go see the Store Keeper and get your uniforms". None of them knew that I had just been told I was getting essentially kicked out of the Coast Guard. My anxiety and depression grew to the point where I had to remove myself entirely from the building and go to a remote park where I could be alone in the woods. Not only did the denial of my religious accommodation and subsequent actions by the Coast Guard affect my mental wellbeing, they also had a financial and career impact as well. By not allowing my transfer to the PSU, I lost out on additional drill days, "C" school opportunities, and Designated Unit pay. Due to the PSU's unique mission, they are required to complete additional training days throughout the year. Based on PSU 301 actual drill schedule, I missed a total of 3 additional drill days. This resulted in a loss of $709.74 in wage potential and 6 retirement points which are critical to my retirement pay calculation. Additionally, member's assigned to the PSU receive a "Designated Unit" incentive pay of $30 per day. This totaled $450 in special pay that I did not receive. Finally, all new members of the PSU are expected to complete the Expeditionary Operations Course "C" school within their first year at the unit. When I reported initially on 20 AUG 22, I had selected a February 2023 date to attend this school. Since I was pulled from that unit, no school was requested. Now that the mandate has been rescinded, I have received new PCS orders and am currently scheduled to report back to PSU 301 on 11 MAR 23. However, I have now missed the enrollment window and all school slots have been filled for the fiscal year 2023. This will delay my completion date of this school by close to a year or longer.

10.  Now that the mandate has been rescinded, I am left to pick up the pieces of my reputation and career. I am being sent back to a new unit that I had previously reported to for only 2 days. While I am happy that I get to remain in the Coast Guard, I am dreading walking though the front door of my new unit. I was the guy that showed up and then disappeared without an explanation. I am

now months behind other members who reported in during the regular transfer time of 01 OCT. I am afraid of once again being seen as an outcast and feeling alone simply for exercising my first amendment rights. This is all a direct result of the COVID-19 mandate and the Coast Guard's mishandling of my religious accommodation request.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this second day of March, 2023.

Stanley Andriski

### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF ZACHARY B. ATCHISON |

### Declaration of ZACHARY B. ATCHISON, U.S. Coast Guard

I ZACHARY B. ATCHISON, AETC, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Elizabeth City, North Carolina.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an Chief Avionics Electronics Technician at the Aviation Logistics Center in Elizabeth city, North Carolina. I have served in the billet of Engineering Services Division Aviation Sensors Subject Matter Expert. My role includes responsibility for the maintenance processes of all Aviation Sensors and Aviation Night Vision Goggles. I also facilitate a Night Vision Goggle Maintenance course for 27 students per year.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on October 26, 2021.

6. My initial request for a Religious Accommodation was denied on February 10,2022 by Captain A. W. Williams, CG-133. This denial affirmed my religious beliefs were sincere, yet claimed

there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on March 8, 2022. The subsequent appeal was denied on May 5, 2022 by E.C. Jones RADM Appellate Authority. This document can also be provided to the court.

8. I was forced to endure the duration of the USCG Covid 19 Vaccine Mandate under the threat of involuntary separation. During this time period I was restricted to travel within 50 miles of my home. During this travel restriction I missed out on my children's sport events, family trips to theme parks, and the funeral for my grandmother in California. As the sole provider for my wife and 5 children I bore the weight of financial uncertainty all while continuing to perform my job at a very high level. While under duress the furthering of my career was put on hold as I was made aware of other enlisted members having the advancements they had earned withheld. This hostile work environment was not one where I felt I could apply for Warrant Officer or dedicate the necessary study time in preparation for the Service Wide exam. I followed every policy and restriction placed on me and never faltered in my faith and position on the issue of mandated vaccination. My family faced 2 holiday seasons under the constant threat of separation with no certainty offered with regards to the future of my career and our financial security. Every member of my family had to grapple with what the Coast Guard was willing to do over a now abandoned mandate. The aftermath is a family that wants me to finish my last 2 years and retire as soon as possible. We long considered my career to be the start of a family legacy. These events were not lost on my children who have now vowed to never follow in my footsteps. These actions have fractured the trust that we previously enjoyed as a part the Coast Guard family

9. I am facing a rapidly approaching end to my time in the Coast Guard which I previously planned to spend as much time on Active Duty as possible. The years lost unable to pursue advancement cannot be rectified nor can the desire to cut short my otherwise successful career be erased. The feeling that I must lay low and avoid visiting medical is another problematic result of this ordeal.

Without acknowledgement by the Coast Guard of wrongs against their own the negative mental

health effects they knowingly created will indefinitely burden these members and their families.


I declare under penalty of perjury, under the laws of the United States that the foregoing statements

are true and correct to the best of my knowledge.

Executed this ___1st____ day of March, 2022.


AETC Zachary Atchison

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS GALVESTON
## DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>      Plaintiffs<br><br>            v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>      Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF<br>BRETT BARKER |

### Declaration of Brett Barker, U.S. Coast Guard

I Brett Barker, Electronics Technician First Class, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Martindale, Texas.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an Electrical Technician First Class that was slated to serve on the USCGC Douglas Denman and worked at ESD Ketchikan while waiting for the cutter to be finished being built. My job was to prevent casualties from happening on operational units by conducting preventative maintenance. I corrected discrepancies and casualties swiftly to keep our units going to save lives. As a first-class petty officer, I led my team and mentored them to become better leaders and techs. I took on additional responsibilities as the Tool Control Coordinator, Test Equipment Manager, Maintenance

Scheduler, and Morale Officer. I volunteered with the Coast Guard Enlisted Association and spent my time helping the community and giving the Coast Guard a good name.

5.  On 29JUL22, I was DISCHARGED for refusing the covid-19 vaccination.

6.  I was made out to be a bio-terrorist while serving my country. My command took away my ability to serve all operational units as I was deemed a "threat" to operational statuses to members who were vaccinated against Covid-19. I could not function as the high performing technician that I have been for many years. ESD Ketchikan command was content letting me rot until I was discharged and no longer their problem. During this time my mental state took a beating from the constant stress of unknown factors and inability to perform for my country. I was hospitalized for panic attacks from the stress and anxiety that were amplified during this whole ordeal. I was denied the chance to test for Chief because I was told that I didn't do anything to be recommended for the chance to advance. This is not true even though they grounded me doing my job I found other means to work. I volunteered at the Coast Guard Enlisted Association, worked with the civil engineers on the base, continued my education of obtaining a BS in Information Technology, and mentored my subordinates on becoming better techs and leaders. With the uncertainty of when or if I would be discharged, I was finally given word that I would be discharged on 29JuL22. I had a month to prepare my family for this drastic change. I was told I would have to pay back my bonus of $15,000. The Coast Guard took my unpaid leave that amounted to over $5000 to pay for a portion of the bonus. That left me with $10000 debt that I owed to the Coast Guard. The Coast Guard only paid for our move to my home of record, which was Santa Ana, CA. My family support was in Texas and the Coast Guard left me with another bill that cost me over $3000 to move my HHG

from CA to TX. Due to the mental damaging effect this has had on me it has made my anxiety and depression worse.

7. I'm having a hard time obtaining a job due to my mental disabilities. This has led me to filing with the VA for disability compensation. Unfortunately, I am still not rated as the Coast Guard has failed me again by not sending any of my documents to the VA. This has caused delays with the VA and me receiving compensation that I need dearly to provide for my family until I can get back on my feet. My family and I are homeless as we have been living in an old motorhome for the past 6 months. We are financially ruined and have had to rely on state benefits such as SNAP to feed our children and Medicaid to ensure our kids receive proper health care.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 28th day of February, 2023.

ET1 Brett Barker

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF WILLIAM BECKHAM |

### Declaration of William Don Beckham Jr, U.S. Coast Guard

I William Don Beckham Jr Petty Officer First Class, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Cooper City, Florida

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an AVIONICS ELECTRICAL TECHNICIAN PETTY OFFICER FIRST CLASS in the United States Coast Guard (USCG) currently serving at USCG Air Station Corpus Christi, Texas. I am a qualified MH-65D helicopter flight mechanic and maintainer providing supervisory and primary quality assurance to maintenance tasks helping ensure 24/7 response to Search and Rescue, Maritime Law Enforcement, and Ports and Waterways Security from Texas/Mexico border to Port Lavaca, Texas.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on April 2, 2022.

6. My initial request for a Religious Accommodation was denied on April 24, 2022, by Captain E.

S. Anzano / CG-133. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on May 19, 2022. The subsequent appeal was denied on June 21, 2022, by Rear Admiral E.C. Jones / CG-1. This document can also be provided to the court.

8. As a result of exercising my legal right to refuse COVID-19 Emergency Use Authorization (EUA) vaccines, I was prohibited from traveling greater than 50 miles from my home without permission for several months, denied legal counsel during meetings, threatened with discharge and the loss of pension and other benefits, and systematically denied First Amendment rights in seeking RA to unlawful policy. Such violations of fundamental rights by the government are undoubtedly injuries. The loss of constitutional freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury. These injuries have already occurred irrespective of the USCG rescission of mandatory COVID-19 vaccination.

9. As of today, my personnel record (both hardcopy and electronically) still contain counseling form 3307 P&D-41D asserting violations of UCMJ Articles 90 & 92. It is unclear how such records will affect my future promotions and special selection boards. As it stands now, competitive special selection boards such as Advanced Education assignments, Direct Commission to Engineer, and Chief Warrant Officer selection panels would have access to my personnel record. These selection panels will be made fully aware of my unvaccinated status and alleged violations of UCMJ Article 90 & 92 without any due process given.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this __24__ day of February 2023.

William Don Beckham Jr.

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF Richard Scott Bleicken |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

**Declaration of Richard Scott Bleicken, U.S. Coast Guard**

I Richard Scott Bleicken LCDR, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Fernandina Beach, Florida.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I am a LCDR currently assigned to U.S. Southern Command (SOUTHCOM) in the J33 (current operations) division. We conduct annual exercises with all DoD branches, other U.S. government agencies, and partner nations. Additionally, we are ready to activate in the event of an emergency within the SOUTHCOM AOR.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 29 November 2021 and an appeal on 28 February 2022.

6.  My initial request for a Religious Accommodation was denied on 13 February 2022 by Captain Michael Roschel/Adjudication Department. This denial recognized my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to the denied religious accommodation decision on 28 February 2022. The subsequent appeal was denied on 16 May 2022 by RADM Eric Jones/Appellate Authority. This document can also be provided to the court.

8. On 12 September 2022, I was given orders to report to the ISL on 31 December 2022. These orders were changed in late December 2022, and I am still assigned to SOUTHCOM.

9. After more than a year of stress, sleepless nights, threat of losing my career, retirement, and insurance, I told my doctor I was having constant heartburn. After completing an endoscopy, I was found to be suffering from five ulcers. This document can also be provided to the court.

10. As of June 27, 2022, I had served in the Coast Guard for 19 years and 7 months with a spotless record. On June 28, 2022, I was given a negative CG-3307 for failing to get the "FDA Fully-approved Covid-19 vaccine" as ordered. The Coast Guard, nor any other location I checked with had any "fully-approved" shots, only Emergency Use Authorization. This order was impossible to complete resulting in a negative mark in my record; I am confident this will negatively impact any future leadership positions and will likely eliminate the possibility of ever promoting again.

11. My promotion to Commander was "temporarily delayed" for failing to get the "FDA Fully-approved Covid-19 vaccine". The promotion was supposed to be effective on 01 July 2022, but due to this punitive action, my family continues to face ongoing financial retaliation since my promotion has been delayed for the past seven months.

12. I was not allowed to complete my scheduled ADT drills in December 2022.

13. The Coast Guard tried to force me to choose between serving Jesus Christ or to obey orders and ingest a product developed with aborted fetal cells; thus, impacting the free practice of my religion.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Richard Scott Bleicken, LCDR   Executed this 24 day of February, 2023.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF ADAM CARR |

**Declaration of Adam Carr, U.S. Coast Guard**

I, Adam Carr, AST1, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Kodiak, Alaska.

3. I am an intervenor-plaintiff in the above captioned action.

4. I was an Aviation Survival Technician, formerly stationed at Air Station Kodiak, Alaska. I was fully dual qualified on both MH-65 and H-60 helicopters; one of only a few to hold and maintain full dual qualification. I am a qualified and experienced Emergency Medical Technician, Liquid Oxygen Technician, and a Quality Assurance Technician. My job as an AST was charged with repairing and maintaining all Aviation Life Support Equipment, including oxygen service of all planes, medical equipment, rescue devices, pyrotechnics, and every piece of flight safety/ PPE worn in flight. We are also charged with all survival training for all pilots and aircrew to include flight equipment, water and land survival, helicopter egress training, SWET (Shallow Water Egress Training), and safe use of pyrotechnics and safety devices. On the operational side, I have

flown approximately 1500 hours, saved/assisted 60+ lives, and received numerous awards for work both on duty and on my own time.  In my 3+ years at Air Station Kodiak, Alaska before my discharge, I completed 10 deployments including 2 shipboard deployment in the Bering Sea.  9 of my 10 deployments were executed during the Covid-19 pandemic, accounting for over 160 days deployed to all areas of Alaska including Kotzebue, Nome, Anchorage, Fairbanks, Cordova, Adak, Cold Bay, Barrow, and the Bering Sea.  During my time in Kodiak, I deployed more than any other AST, even continuing to volunteer for and execute deployments after receiving discharge paperwork.

5.   I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 06OCT21.

6.   My initial request for a Religious Accommodation was denied on 31JAN22 by CAPT A.W. Williams (CG-133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7.   I submitted an appeal to denied religious accommodation decision on 15FEB22. The subsequent appeal was denied on 21JUL22 by RADM E.C. Jones (Appellate Authority CG-1). This document can also be provided to the court.

8.   On 01DEC22, I was discharged from the Coast Guard "by reason of convenience of the government," and on the basis of "non-availability of worldwide assignment."  I received my Notification of Intent to Discharge on 12AUG22 while I was deployed in Kotzebue.  Before receiving it, I had an opportunity to speak face-to-face with CMD Will Johnson, part of the command staff in Kodiak.  I gave him data that I had compiled from the AST shop for how short-handed we were.  I informed him that we were operating, at that time, at 62% personnel strength for maintenance personnel and 45% strength for qualified operational personnel.  I informed him that with incoming personnel from transfers and 'A' school candidates, the best we could hope for was to be up to 55-60% of our duty-stander strength by the end of the year 2022, and that this,

of course, would drop back down below 50% if the discharges were to take place on 01DEC22. This was also written in a statement on my behalf that was attached to the Intent to Discharge paperwork and submitted to CAPT N.E. Coulter, the Captain of Air Station Kodiak.  This document can be provided.

9.  I was denied just about every opportunity that the others I served with were routinely granted. All training opportunities that required traveling were forbidden.  I couldn't attend Advanced Helicopter Rescue School or the Dunker training; two training school that are required in order to continue being a qualified rescue swimmer.  I was competing in the SWE for ASTC, but I was told that I would not be promoted even if I was above the cut to advance.  Our command restricted unvaccinated members from Kotzebue deployments.  This rule came about after a VACCINATED member contracted Covid while deployed in Kotzebue, and the rule remained for a year.  I was restricted to the island of Kodiak, which has about 50 miles of road, while others I served with traveled freely.  I saw several of our vaccinated members travel back home to see family and friends, and they contracted Covid while on leave, while I couldn't even leave the island to go to a remote cabin.  I was finally allowed to leave Kodiak to attend my Uncle's funeral.  Even then, the command wouldn't approve my emergency leave unless I assured them there would be fewer than 10 people attending the funeral and I would not be a 'close-contact' to any of my family members.  But among all these things, the continued stress and anxiety was by far the worst part.  We were restricted from doing certain aspects of the job, and the same people that restricted us from contributing placed the blame on us because others had to pick up the slack.  We were turned into the enemy within an organization that preaches brotherhood and looking-out for your shipmates.  There was no secret about what the Coast Guard and our command wanted from the start.  It was clear they wanted us discharged long before we were ever discharged.  The burden of this whole situation had two years to build and become heavier and heavier.  In the winter of 2021, I had to remove myself from the flight schedule and the duty schedule.  I broke.  It's difficult to put into words how it got to that point because it wasn't one

big action against me.  It was a compilation of daily underlying mistreatment.  The treatment, the comments, the restrictions, the uncertainty of the future, being singled out, etc. in a job that is already high stakes and high stress can add up quickly, and we had to endure it for 2 years.  The part of this job I get the most pride out of is standing duty, and I was forced to take that away from myself temporarily because I broke mentally and emotionally.  The anxiety of this whole situation and process was too much.  I have never, at any point in my 14 year career at that point, come anywhere near feeling unsafe to fly or stand duty because of my mental health until that moment.  And while it's difficult to put into words all the little things that add up to bring us to this point, what I can do is offer some context.  I was a duty standing rescue swimmer for 13 years of my 15 years in the Coast Guard.  I didn't just want to be an AST for 20 years, I wanted to stand duty for 20 years.  I wanted to be on the front line and I still have that sentiment.  I try to focus on the lives myself and my crews have had a positive affect on, but I can assure you that in this line of work, we experienced far more bad days than good days operationally.  There are exceedingly more tragic outcomes than lives saved and we have a front row ticket for these tragedies.  The sensations that come along with some of these experiences are the type that don't dull over time.  They stick with you.  Through all of it, I always felt like I could manage and maintain a healthy mental and emotional state.  The first time I felt like I couldn't handle it was in November of 2021 when I removed myself from the duty schedule.  It wasn't from all the bad cases, deaths, dangerous flights, and dangerous missions. It was from the weight of the Coast Guard bearing down on me each day, threatening, disrespecting, and then attempting to discharge me for 2 years while still expecting me to continue to perform a very difficult job as if I had their support.  I ended up working my way back to standing duty and I finished my career attending weekly counseling sessions that continued beyond my discharge.

10. I am facing numerous added difficulties since being discharged on 01DEC22.  I bought a house in the community upon arrival to Kodiak.  The house needs work and I purchased it 'knowing' that I had steady long term work in the Coast Guard.  I couldn't leave Kodiak and the house right away

and Kodiak is a very small, isolated town with limited job opportunities.  I plan to move back to my home of record in May, but getting to that point has been difficult financially.  I have had to use almost half of my savings and I will use most of the other half before I can leave Kodiak without accepting a big financial loss on my house.  In these coming months, my savings that I worked to build for the last 10 years or so will be gone.  I have been forced to discontinue the mental health counseling as well as ongoing physical therapy I was attending since my tricare policy has changed upon discharge.  In my current financial state, I can't afford to continue counseling or my physical therapy.  I have been experiencing regression in both areas in the past couple months since being discharged.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___28_____ day of February, 2023.


_____
AST1 Adam Carr

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF Christopher J. Collins |

## Declaration of Christopher J. Collins, U.S. Coast Guard

I, Christopher J. Collins, AMT2, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Houston, Texas.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a former AMT2/E-5 at Air Station Houston. My primary duties were Flight Mechanic, Shift Supervisor, and Watch Captain.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on October 13, 2021.

6. My initial request for a Religious Accommodation was neither denied, nor approved by E. S. Anzano, CAPT. This non-denial denial stated that: "The Coast Guards policy in reference (c) (COMDT COGARD WASHINGTON DC 262212Z AUG21/ALCOAST 305/21), does not

conflict with your stated sincerely held religious belief because the J&J vaccine is not an mRNA vaccine.". The non-denial denial went on to say: "This is not an order to receive the J&J Vaccine, but if you do not receive the J&J vaccine within 10 days of your receipt of this letter, you will be considered non-compliant with the policy in reference (c).".

7.  I submitted another Religious Accommodation, to include the EUA J&J  vaccine on March 3rd, 2022, which was denied, using boilerplate language, by E. S. Anzano, CAPT.

8.  I submitted an appeal to denied religious accommodation decision on Mar 16, 2022. The subsequent appeal was denied on June 21, 2022 by E. S. Anzano, CAPT. This document can also be provided to the court.

9.  On October 7th, 2022, I was informed that I would be discharged in 30 days, and subsequently involuntarily separated on November 7th, 2022.

10. I was repeatedly discriminated against, and intentionally made to endure suffering so that I would feel pressured into taking the EUA vaccines against my conscience and beliefs. This lasted from when I informed my command that I would be pursuing an accommodation, to when I was finally discharged in November of 2022.

I was discouraged from even exercising my right to pursue an accommodation by my command. They told me that to their knowledge, the CG has never approved an accommodation of this type. Throughout the long drawn out accommodation process, I had many unwanted informal "meetings" with members of my command, all of which seemed to be oriented at convincing me to abandon my request. When I tried to inform my command of the fact that the only available vaccines were EUA and not FDA approved, and that it was against the law to mandate them, they

told me that I was wrong, even though I cited the relevant laws and regulations, and was told that I no longer had rights because I "signed on the dotted line".

11. Shortly after submitting my initial accommodation request, I saw a consistent decrease in my performance evaluations, despite becoming a Flight Mechanic, assuming duties of an AMT1 by being a shift supervisor, becoming a Watch Captain, and a litany of other accomplishments. I was also denied the ability to attend C-Schools, which were vital to my professional development. In the face of mounting accomplishments, my career ground to a halt for two years until my inevitable discharge.

12. The CG instituted policies against me and those similarly situated. I was required to wear a mask when the vaccinated were not, effectively singling me out to my peers. I had my leave and liberty restricted to within 50 miles of work, causing me to miss family events, including the funeral of a close family member.

The whole ordeal put an enormous amount of stress on not only myself, but my family. The constant state of being in the dark, and my looming potential discharge put a strain on my relationship with my entire family.

Any clarity on my fate in the CG that I sought from my superiors was never addressed. They seemed to have no idea what would happen to me, which left me in the dark. I was unable to adequately prepare for my involuntary separation. I was not given the appropriate opportunity for any transition training like TAPS, even though it is mandatory, leaving me with little to no support for gaining employment upon discharge.

13. Before  being involuntarily separated, I began having medical issues. The issues were severe

enough that my physician stated that after reviewing my medical records, I would need to see some specialists, and based on what was found I would have to be med-boarded. Before I was able to complete my treatment, and before obtaining a diagnosis, I was informed that I would be discharged. When I asked if I would be able to complete my treatment, or at least get a diagnosis prior to getting out, I was told to "Get with the VA for treatment when you are discharged.". When I called the VA to ask for clarification on whether this was normal, they insisted that I was the responsibility of the CG, and that they could do nothing for me until I got out. They also informed me that I would be required to apply for coverage, and it is not a guarantee that I would get it. I relayed this information to my command, and pointed them to the manuals that indicated that this course was a blatant violation of our current policies, but they were indifferent.

14. I am now facing a mountain of debt, and the possibility that myself, my wife, and our two children will be homeless within the next few months. Because of the disability that I received during my service, I have struggled to find work since my discharge. The diagnosis that I received from the specialists shortly after being discharged was what my CG physician had suspected it was, and has essentially made the aviation career that I had been working towards for the past 11 years an impossibility. The negligence that the CG showed in improperly discharging me will have ramifications on my life for years to come.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___1st___ day of March, 2023.

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | Civil Action No. 3:22-cv-00265 |
| Plaintiffs | DECLARATION OF ADAM DELANO |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

## Declaration of ADAM DELANO, U.S. Coast Guard

I, ADAM DELANO, BM/E5, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Lapeer, MI.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a E5 Boatswains mate currently serving at Coast Guard Station Port Huron. My job titles include Small Boat Coxswain, Boarding Officer, and Law Enforcement Instructor, among others.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 06OCT2021

6. My initial request for a Religious Accommodation was denied on 16FEB2022 by E. S. Anzano, CG-133. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 02MAR2022. The

subsequent appeal was denied on 06MAY2022 by D. S. Tulis, CG-13. This document can also be provided to the court.

8.  On 18MAY2022 I was ordered to receive a fully FDA approved COVID-19 vaccine. By the end of the week I had called the pharmacy I was ordered to procure this at, as well as the Michigan department of heath and referenced the CDC's database on vaccine availability in order to find the above product. There were no products available. During a call with Pfizer's customer service line, it was relayed to me that the FDA approved product would not begin production until 2024. I relayed this information to my chain of command, stating that the order was not lawful if the product does not exist. I was on approved leave until 01JUN2022, the date I would receive a promotion to E6. Upon return from leave, 01JUN2022, I had discovered that my command had drafted a document dated 25MAY2022, within my leave period, claiming to find me guilty of violating article 92 during my absence, without due process. This claimed violation placed a hold on my advancement. Later there was an attempt at coercively offer me an emergency use drug and claim it to be FDA approved. This drug was not manufactured in an approved facility but was labeled with the name COMIRNATY due to differences in France's laws that allowed them to use that name. To this current day my decision to receive, or not receive a "fully FDA approved COVID-19 vaccine" remains a hypothetical situation, because, no one had been able to show me one.

9.  I was harmed throughout the course of the mandate in the following ways. I was confined within a 50-mile radius of my home for a year. This specific action led my ten-year-old son to feel as if I did not love him, due to me not being able to take him to do things we have always bonded doing together, and ultimately resulted in him being suicidal and requiring intervention. I was unable to travel to see my terminally ill mother, or bring my family to see her, the emotional pain related to this continues to affect my children. Monetarily, the geographical restriction also resulted in the loss of $3500 worth of travel reservations made before its implementation. My advancement was withheld due to my faith, causing me to loose the last opportunity I would have ever had for my

mother to participate in my promotion ceremony. The loss of my earned pay raise led to troubling financial situations throughout a time of inflation within our economy, late fees and disconnect notices from overdue bills piled up, I lost around $30,000 in the down payment for a car we could no longer afford the payment on, as we had to trade it in to catch up on bills. These financial struggles led to undue strain on my marriage that I am sure would not have been an issue if the decision to withhold my advancement had not been made by Coast Guard leadership. If I would have been allowed to promote on time I would have been able to execute a permanent transfer to Puerto Rico and begin accruing rated sea time, a metric required for my next paygrade of E7. Executing this transfer on time would have allowed me to sell my home at the previous height of the housing market that would have profited me by about $100,000 in equity. The differential treatment was not an isolated incident, but rather mandated by Admiral Paul Zukunft and was treated as normal within the ranks. The adversity, condescending remarks, and constant need to defend my constitutionally protected faith as my workplace attacked it ultimately resulted in me being admitted to the hospital due to my first panic attack. The stress and anxiety of this climate has lingering effects to this day.

10. In the future, I am facing a barren list of career opportunities on my next PCS transfer due to the delay in honoring my withheld advancement from 01jun2022. I was told specifically that I would not receive the advancement I had earned and the coast guard only reversed this decision when attempting to claim that they had not harmed anyone. I will be promoted to the rank of E6 after everyone else has already competed for positions at that paygrade. This removes the opportunity for me to compete for jobs that will advance my career and allow for a balanced home/work life. Not being allowed to execute PCS orders in the 2022 transfer season has stalled my career by not allowing me to gain the sea time that would have come with that unit. Sea time is a requirement for advancement to E7 and if I had executed those orders I would be 3 months from fulfilling that requirement as of today's date.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 3rd day of March, 2022.


BM2 Adam DeLano

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS GALVESTON
## DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF TAYLOR DICKINSON |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

**Declaration of Taylor Dickinson, Veteran of the U.S. Coast Guard**

I, Taylor Dickinson, Veteran of the USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Homestead, Florida.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I was a GM2/E-5 at USCG Sector Miami. My job at Sector Miami involved range training for hundreds of active duty and reserve Coast Guardsmen, as well as members of CGIS and even other military branches on occasion. My shop was direct support for the Fast Response Cutters stationed at Sector Miami and served as ordnance support for numerous stations, ANTs, 87-foot patrol boats, and more in the surrounding D7 area. Additionally, I was responsible for delivering and receiving various firearms and ammunition on a regular basis.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 30 September 2021.

6.  My initial request for a Religious Accommodation was denied on 10 February 2022 by CAPT

E.S. Anzano. I was notified of the denial on 14 February 2022. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the government's compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 01 March 2022. The subsequent appeal was denied on 30 May 2022 by RADM E. C. Jones. This document can also be provided to the court. I was first informed about the denial on 11 July 2022.

8. On 11 November 22, I was involuntarily discharged from the United States Coast Guard.

9. I have experienced several damages due to this unfortunate decision that was made for me. While still in the service, I was informed in October 2022 that my name was removed from the advancement list due to my Intent to Discharge MEMO being processed. At this time, I was already above the cut and due to make E-6 on 01 November 2022, or 01 December 2022 at the very latest. Additionally, once I was past the deadline to get the COVID-19 vaccine, my command informed me that I was not allowed to distance myself more than 50 miles from my duty station for any reason, to include taking personal Leave days or even attending C-schools that were outside this strict limit. Therefore, I was restricted from attending several C-schools that would have either benefited my career as a whole, or benefited my current duty station. The most notable of these C-schools being FAI school, which is now a requirement in the GM rating in order to make E-7. This one order alone restricted me enough to essentially bring my career to a halt as I could no longer pursue meaningful professional development. As far as I know, I also was made to pay back a portion of a re-enlistment bonus I accepted in 2017. However, I could not find any clear information about this or the exact amount to be repaid. The Yeoman could also not give me an answer of how to determine this. Roughly 3 months prior to my separation from service, I began to experience noticeable stress and anxiety surrounding the COVID-19 vaccine situation I had now been going through with Coast Guard for at least one year's time. To this day, I remain haunted by these chronic conditions. I now have to pay fees for therapist sessions to

attempt to help mitigate the mental and emotional damage I have experienced. Furthermore, I've struggled with my identity. Not being allowed to exit the Coast Guard on my own terms, my day of separation came as a real shock. I had always imagined departing from the Coast Guard on good terms, preferably in the form of retirement as I originally intended, in a day of celebration. The feeling of being able to reflect on my career positively and be proud of my service was taken away from me. Since my day of separation, the days have been difficult. When considering a recovery period from essentially being fired from my job, navigating the holidays through a sad and lonely time, and trying to move on and find a new job, the days have been far from easy and only add to the stress and anxiety I'm facing. Unlike some jobs where transitioning from one to another may be relatively painless, I had a 12-year relationship with the Coast Guard. Nearly all of my entire adult life had been with the Coast Guard and I knew very little of life in the civilian sector. This has led to an identity crisis as I've had to work through the challenges of re-discovering myself again and my sense of purpose. Had I been able to retire, I would have had ample time to plan and prepare for a hopefully smooth transition from the service and feel good about where I'd be at. In reality, the Coast Guard cut me swiftly and, I believe, with little or no actual consideration from what I've gathered from evidence presented in recent months. Without a primary source of income, my financial situation becomes more difficult with each passing day. On top of paying for my mortgage, auto loan, living expenses, maintenance costs, and other debts, I've surmounted around $4,000 in legal fees alone. Considering the high cost of living in the Miami area of Florida, I am in the process of planning a move to a location where I have a better chance of building a suitable lifestyle and reducing my expenses. As explained, I have indeed experienced a great deal of physical, emotional, mental, spiritual, and financial harm due to the Coast Guard's unlawful and inconsiderate decision. I've lost my retirement, my healthcare, and several other benefits that come with serving for 20 years in the United States military.

10. Looking ahead, I am facing the complete loss of my healthcare in just over 2 months' time, which will have a significantly noticeable impact on my finances as I now have to pay out-of-pocket for

a health plan that is not backed up by any corporations, organizations, or government agencies. Further, it will likely complicate my ongoing medical situations that I currently have support from with Tricare. One example, being no longer able to see a provider that accepts Tricare, but does not accept my new insurance.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this _28TH_ day of February, 2023.

_____

Taylor Dickinson

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS GALVESTON
## DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF LAUREN EMMONS |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

### Declaration of LAUREN EMMONS, U.S. Coast Guard

I, LAUREN EMMONS, E-7/BMC, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in North Carolina, homeless.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I am a former Boatswains Mate Chief. At my last duty station, I was acting as the Operation Training Officer for the Seventeenth Coast Guard Districts Auxiliary Operations Program. I had over Seventeen years of service and my contract would have taken me to twenty years and one month of service. This would have allowed me to retire.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 27 SEP 2021.

6.  My initial request for a Religious Accommodation was denied on 01 FEB 2022 by CAPT E.S. Anzano. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. It

also stated that the Coast Guard could not allow me to remain unvaccinated until ordered to respond to operational needs because of the time it would take to get immunized and achieve full immunity. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 12 FEB 2022. The subsequent appeal was denied on 19 MAY 2022 by J. L. Knight, SES. This document can also be provided to the court.

8. On 18 NOV 2022, I was DISCHARGED from the service with over 17 years in and a contract that would have taken me beyond my 20 year mark which would have allowed me to retire with benefits.

9. My husband and I are now homeless moving around coastal North Carolina in a small camper looking for work. We have been forced to draw down a significant amount of our savings that we had been setting aside for a down payment on a home after retiring. We can no longer afford housing and our financial abilities have been significantly harmed indefinitely.


I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___2̲(̲6̲___ day of August, 2022.

NAME

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF ALEC MATTHEW GAUDIN |

**Declaration of Alec Gaudin, U.S. Coast Guard**

I, ALEC GAUDIN, YN1, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Topeka, KS.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I was a YN1 who was stationed at the USCG's Pay and Personnel Center. I was one of two auditors that oversaw the approval of PCS travel claims for the entire Coast Guard.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 05 NOV 2021.

6.  My initial request for a Religious Accommodation was denied 07 FEB 2022 by CAPT E. S. Anazano (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7.  I submitted an appeal to denied religious accommodation decision on 03 MAR2022. The

subsequent appeal was denied on 10 MAY 2022 by RADM M. L. Lafferty. This document can also be provided to the court.

8.  On 28 OCT 2022, I was DISCHARGED.

9.  I have suffered significant financial harm. I had planned to remain in the military for the duration until I reached retirement at 20 years of faithful service and had made financial plans accordingly. I was nearly 8 years away from reaching that milestone. Specifically, I had planned to use my military benefits, such as the GI Bill and other educational opportunities, to further my education, my families and career prospects. However, due to my wrongful separation, I was unable to take advantage of these benefits, resulting in a significant financial loss. The wrongful separation from the military has also caused me significant psychological harm. I had devoted nearly 12 years of my life to the military and had built my identity around being a member of the military. The sudden and wrongful separation shattered that identity and caused me to feel a deep sense of loss and confusion. I have experienced depression, anxiety, and other psychological issues as a result of this wrongful separation.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 23 day of February, 2023.

NAME

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF MARGARITO GONZALES JR. |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

**Declaration of Margarito Modesto Gonzales Jr., U.S. Coast Guard**

I, Margarito M. Gonzales, MK/E-6, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Key West, Florida

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I was commissioned in the United States Marines Corps in January 2001. During my 4 years enlistment I conducted infantry operations as a mortarman operating 81 mm mortars, I was stationed with 2nd battalion 7th Marines located in 29 Palms, CA from 2001-2005, I was honorably discharged after my 4 year term.

5.  I joined the United States Coast Guard in February 2007, after completing boot camp I was assigned to Machinery Technician A-School for 3 months in Yorktown, VA, upon completing training I was stationed in US Coast Guard small boat station Port Huron, MI, where I was a small boat Engineer, search and rescue from 2007-2011, from 2011-2014 I was stationed in Cape May, NJ as an Engineer on a 87ft patrol boat Finback for maintenance and repair, search and

rescue, law enforcement, fisheries safety inspections, where I received a letter of accommodation,
I was transferred to Sector Key West where I was an stationed on 154ft cutter Charles David Jr.
from 2014-2017, I am currently stationed at Sector Key West as a Shop Supervisor for the
Maintenance Augmentation Team (MAT) Key West completing maintenance and repair from
2017-present, my main duties include maintenance and repair, rotation of 10 MARK IV's OTM's
valued at $6M, consistently achieving operational availability of over 99%, allowing Key West
assets in the area of responsibility to achieve a maximum operational availability directly
contributing over $9 billion in illegal drug seizures, in July 2020 while being stationed on the
MAT I volunteered for a 3 month patrol on the US Coast Guard cutter Resolute home ported in
St. Petersburg, FL where I received a letter of accommodation from Commander Vandenheuvel
for being air conditioner and refrigeration technician fixing AC systems, assisting nonstop as the
AC ceaselessly broke down, I have spent countless days away from my family and I hope to be
able to retire as I have served my country honorably for 19.5 years.

6. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on
   21 October 2021

7. My initial request for a Religious Accommodation was denied on 07 Feb 2022 by M. E. Tollefson

8. CG-PSC-EPM-1.  This denial affirmed my religious beliefs were sincere, yet claimed there were
   no lesser restrictive means to further the governments compelling interests than requiring
   vaccination. This denial letter can be provided to the court if requested.

9. I submitted an appeal to denied religious accommodation decision on 24 Feb 2022. The
   subsequent appeal was denied on12 May 2022 by RDML M.L. Lafferty. This document can also
   be provided to the court.

10. I received orders to Coast guard cutter Mohawk on 24 February 2022. I was unwanted on the
    cutter due to my status. I wasn't properly checked in due to my status. The command reached out
    to EPM requesting my orders to be canceled due to my status I was not allowed to sail with them
    on their upcoming patrol. I have the Email string for my records of my situation. The

Commanding officer stated that I was not going to sail and in his opinion, he doesn't see me as needs of the service situation. I was not able to go on the patrol. I was on temporary duty at MAT Key West until July 5, 2023, when my orders were canceled. I was in standby awaiting the unknown possibility of being discharged.

11. I have been facing the distressing wait of my retirement. In order to save my retirement, I was given no choice but to join this lawsuit while acquiring attorney fees on top of the fear of losing my hard earned retirement benefits. I submitted a request for Retirement in lieu of discharge after my original retirement letter request was denied on Aug 15 2022 due to the covid-19 vaccine mandate. I then received my intent to discharge on August 23 2022. This caused a very stressful time awaiting my discharge and the uncertainty. It was not until the mandate was lifted, that I received my original retirement letter request on Jan 11 2023 from base Miami Beach admin office, which unbeknownst to me, my letter was originally signed by Capt. Omenhiser on August 1 2022. I resubmitted my original retirement request on January 12 2023. After several months of stress and anxiety due to the possibility of being discharged and losing my retirement benefits, I finally received notice that my retirement request was approved on January 31 2023. I will be retiring from the U.S. Coast Guard on June 1, 2023, after a long stressful two years.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ____1st____ day of March, 2023.

MKI Margarito Gonzales Jr.

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF NICOLE LYNN GOODRICH |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

### Declaration of NICOLE LYNN GOODRICH, U.S. Coast Guard

I, NICOLE LYNN GOODRICH, E-6/MK1, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Lauderhill, Broward County, Florida.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I am a Machinery Technician First Class Petty Officer (MK1) in the United States Coast Guard (USCG), currently serving at USCG Station Miami Beach, Florida. My position was that of the Assistant Engineering Petty Officer (AEPO) of the unit. I would not only make decisions on behalf of the Engineering Petty Officer (EPO) chief in his absence and manage the operational needs of 5 small boat assets, but also manage the status and needs of about 15 men and women within the Engineering Department in addition to the numerous administrative functions that are necessary to sustain operations and to follow current policy program requirements.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 30 SEP 2021. This document can be provided to the court if requested.

6. My initial request for a Religious Accommodation was denied on 11 JAN 2022 by CAPT A.W. Williams (CG-133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to the denied religious accommodation decision on 27 JAN 2022. On 10 MAY 2022, I received the "Decision on Appeal of Religions Accommodation Denial" memorandum from RDML M. L. Lafferty (Appellate Authority). My appeal was denied. The memorandum stated that "it takes courage to submit an accommodation request that requires sharing your closely held beliefs", yet it stated that they find "no error" in reaching their decision despite the "additional stress" and "significant sacrifices" I have undergone. This document can be provided to the court.

8. On 03 JUN 2022, I submitted a second appeal letter directly to CG DCMS. This document can also be provided to the court. On 16 JUN 2022, I received a response to my second appeal from CDR B. E. Grant (Acting COMDT CG-133) stating that "CG-133 will return any subsequent requests to appeal the final agency action to the member directly, without further review or action by the Coast Guard." This document can also be provided to the court.

9. On 11 AUG 2022, my Command issued me the "Notification of Intent to Discharge" memorandum by my Executive Petty Officer (XPO) BMCS D. D. Whitby, in the presence of MKC A. S. Sturm (EPO), which was signed by my Commanding Officer (CO) LT E. J. Oropeza. The next day I was pulled into the CO's office, with the XPO and the EPO, and it was there decided that I be removed from USCG Station Miami Beach and report to USCG Base Miami Facilities from now on. This unofficial transfer lasted about a month before I was sent back to my assigned unit at Station Miami Beach.

10. Throughout this whole mandate, the array of negative emotions that I have experienced by the U.S. Coast Guard, due to my COVID-19 vaccination status and the denial of my sincere religious beliefs these past 2 years, is staggering. On a professional note, one of the hardest challenges the

U.S. Coast Guard put me through was having to come to terms that in order to follow my sincerely held religious beliefs I would have to let go of the pension that I was working towards. At the time of this decision last year, I had over 18 years of faithful active-duty service (now over 19 years). Initially, I could not see myself giving up the pension I rightly deserved. However, after months of mental turmoil, anguish over choosing to do what is right, I finally fully surrendered to what my God was telling me to do. By following in my faith, I decided I would not take the emergency-use COVID-19 vaccine even at the loss of my pension. This decision was not made lightly. It left me feeling trapped by the organization that once said would protect me, anger at being put in such a terrible situation, moral injury for making me choose, and a deep grief in the loss of the career I had worked on my entire adult life.

11. Physically, the stress this put me under led to reoccurring nightmares of being on sinking vessels, treading water, battling to keep myself alive, protect my shipmates, and combating a wide range of casualties. The overall anger and grief I was experiencing spilled into my home life, causing depression to settle over me in my lowest moments and snapping at my sister (who lives with me) with no real cause, in others. The depression left me without any motivation to do anything beyond the bare minimum. This resulted in me seeking professional help through a therapist to help address the stress, uncertainty, and grief that was now a part of my daily life. All of this also exasperated previous physical conditions which cannot be easily recovered from. The stress caused me to grind my teeth down to the point where 3 of my teeth were so small that a crown could not be put over it without crown-lengthening surgeries. Additionally, due to my other work-related injuries, maintaining weight standards were hard but doable, however the spike in work stress this last year led to me gaining more weight than I ever had before which also threatens my career retention.

12. So, through all of this, due to the threat of losing my pension, I made the choice early on to submit a Retirement Request [It is policy that once over your 18 year mark you can put in for retirement]. On 31 MAY 2022, I formally requested to retire at the end of my enlistment, a

request which was granted on 14 JUN 2022 for 31 MAR 2024. I did so in hopes that an approved retirement date would allow me to stay in the U.S. Coast Guard until I reached my 20 year mark in JAN 2024 which would result in obtaining my pension. However, in doing so I was also giving up one of the most important dreams I had held for over a decade. My dream was to one day make Chief (E-7/ MKC). I had looked forward to putting those anchors on my collar with pride. However, in efforts to protect my pension, I submitted a retirement request which automatically removed me from any advancement opportunities in the future. This loss of a dream not only added to my grief and anger, but also placed me into a position of embarrassment that if I am able to retire, I will stand in front of my peers as only a First Class Petty officer (E-6) and not as a Chief or above which is expected from so many years of service. To make matters worse, I later discovered that my efforts to protect my pension would not matter as I began watching my peers be kicked out of service early despite having had an approved retirement date. It was on 08 AUG 2022, I was issued the "Notification of Intent to Discharge" memorandum.

13. The mixture of betrayal, anger and overwhelming grief I had been feeling up to that point was now amplified with the signing of the "Notification of Intent to Discharge" memorandum I was issued by my command. Not only was I snapped at by the XPO which reduced me to tears at the signing, but I was removed from my unit the next day which emotionally left in a sea of uncertainty with little support. Throughout this entire mandate, the continual changing of policies and watching the U.S. Coast Guard seemingly making-things-up-as-they-go and observing commands across our country treat their unvaccinated members to different standards, I now found myself sitting in Base Miami Facilities office awaiting to be discharged from service. For the next 4 months, in between both units, I lived with a lot of anxiety and uncertainty. Every day that I went into work, I did not know if it would be the last time I would be wearing the uniform I once took pride in. Every day I awaited word of my discharge date so I could then schedule my household goods to be packed up for long term storage. My sister, **Christel M.** Goodrich, who had finally finished unpacking our household goods and was ready **to look** for a job, instead shifted



priority to prepare to move once more. The loss of income over time put an additional strain in the life of our household [She has shared this military lifestyle with me since 2009 despite not being treated as the dependent she operates as]. I was also unable to enroll into future college classes because I did not have a discharge date which left me unable to know which semester I was eligible for. I could not start a class while active duty because I needed to remain active duty until class completion and I could start as a veteran because I did not know when that would occur, thus leaving me trapped in limbo, unable to continue my educational goals as well.

14. Overall, issues like adhering to outrageous mask requirements that greatly differed from my vaccinated peers, to include wearing of a mask outdoors even if I was alone on Federal Property which easily singled me out to all those on Base, or being pulled aside by those of much higher rank to use mental fear tactics to get me to forsake my beliefs in favor of saving my job, or to have others speak ill of me for my beliefs were the least of my grievances. The negative emotional impact on my family (my sister and parents specifically) that I worried about daily, mattered more to me. On that personal note, for nearly a year I was denied the ability to leave 50 miles from my unit which caused numerous grievances for my parents and sibling. For over a decade, due to my military assignments, my parents were only able to see me and my sister once or twice a year. In 2021, they decided that wherever I was stationed next they would move to that state as well to be closer. They then moved from Washington to Florida only to soon realize that they could not see their daughter freely because they lived just beyond the USCG imposed restriction distance. Any future plans my parents had had were halted in preparation for their daughters to temporarily move back in with them at any given moment. To make matters worse, a special event had been planned for my father that was 5 years in the making, but due to the fact it was outside my 50 mile radius restriction, I was not permitted to hold the event. I had to reschedule it several times (as it was denied) and eventually change the event altogether to one that could be held within my 50 mile radius restriction. Due to the changes, I ended up spending more money than I would have had to if I didn't have the distance restriction on top of the

exasperation of all involved. What was meant to be something really special to honor my father ended up being a massive headache, causing tension and stress between family members and shedding of tears in the months leading up to the ability to actually have a special outing with them. My father had become so dejected over the rescheduling of his surprise that he no longer wanted to hear about it as it was a topic of heavy depression for him.

15. Looking back now, the final blow I professionally received due to this situation was when I was sent back to Station Miami Beach on 20 OCT 2022 after having been awaiting discharge at Base Miami Facilities. When I arrived back at the station, I was pulled into the XPO's office and was strictly told that I would not be returning to the Engineering Department. That I would no longer be in a position of authority. I would not longer have subordinates. No longer assist the Engineering Department. I would only report to the XPO and assist him with purchases and award writing. That I was to sit at the corner computer desk in the conference room and do anything he needed in a timely manner. To have gone from working so hard for the sake of the Engineering Department to the humiliation to seeing my prior subordinates each day, but no longer having an impact on their lives was beyond embarrassing and not a situation I would have ever been placed in had it not been for the COVID-19 vaccination mandate. I may have been battling service related physical injuries as well, but under normal circumstances I would have been properly removed from the unit and a Medical Board would have begun for my injuries. However, due to this mandate, Base Miami Medical stated that they could not start the Medical Board process in my case because I was being processed for discharge for failing to take the COVID-19 vaccine and that that was considered an Administrative Discharge which would trump a medical one. Therefore, I was left without the medical benefits I deserved and was stuck at an operational unit where I am to this day still stripped of all of my roles and responsibilities and acting as the XPO's secretary.

16. In conclusion, I am truly unable to see the U.S. Coast Guard in any positive light after how I, my family, and shipmates have been treated these past 2 years. To imply no harm has been done to

me is merely another slap to the face from a service I once took pride in. The untold amount of stress and grief I have endured for my country and the defense of my faith cannot be measured.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___1ST___ day of March, 2023.

NICOLE LYNN GOODRICH, MK1

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF ROBERT HADEN |

**Declaration of Robert Haden, U.S. Coast Guard**

I, Robert Haden, DC/E-6, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Honolulu, HI.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a DC1/E-6 and currently active duty attached to MSST Honolulu.  I conduct preventative maintenance on six 29ft small boats and act as unit fire marshal and HAZMAT coordinator.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 13 October 2021

6. My initial request for a Religious Accommodation was denied on 02 December 2021 by A. W. Williams, CAPT/COMDT (CG-133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 16 December 2021. The subsequent appeal was denied on 20 May 2022 by J. L. Knight, SES/Appellate Authority. This

document can also be provided to the court.

8. I was denied leave that was previously approved, my orders to "C" school were canceled, I was forced to wear a mask while others did not, and unable to transfer my GI Bill to my 3 children due to the vaccine mandate.  For 2 years I was threatened with discharge and told it would happen quickly so get everything in line.  This put an extreme amount of undue stress on myself and more importantly my family.  We felt as if we were living month to month with no answers on what will happen.

9. My wife was previously enlisted in the Coast Guard as well, she was a top performer in her rate and at her unit.  After 5 years of service and just before the vaccine mandate, she began to apply for Officer Candidate School with high recommendations from her endorsers.  She could not receive a medical exemption from the vaccine while breastfeeding our child and was denied previously approved leave to visit her elderly grandmother, who recently passed away.  These restrictions were prompted because of her vaccine status and it became a distress between her work life and family life.  Due to the Coast Guards vaccine mandate and the environment this created around the non-vaccinated,  my wife separated from the Coast Guard on 02 December 2021.  After my wife separated, my family was forced to sell our house that I had just remodeled and planned to retain as an investment.

10. I have been denied the ability to deploy with the unit on missions, making me feel segregated from the unit and Coast Guard.  Not being able to deploy and constantly having to fight for my career has taken away from my work potential, causing me to fall behind on projects.  This directly resulted in my enlisted employee review marks declining, I have had superior marks in my 14 years of service until this.  All of my time was spent reading manuals and writing memos fighting for my career while simultaneously hurting my career because I could not give 100% of my attention to my job as normal.  Every memorandum I submitted on my behalf was answered by the Coast Guard well after their required response time, while I was required to respond in 10 business days or I would be administratively punished.  This lead to an extraordinary amount of stress on myself and also my family.

11. 01 February 2022 I submitted an EEO complaint expressing how the Coast Guard neglected to

respect my religious beliefs and discriminated against me because of my views.  I stated the hardship this had created for me and how this was effecting me on all levels of my life.  On 07 February 2022, the complaint was dismissed stating no harm was done.

12.  The intent to discharge almost destroyed my family.  My wife was 7 months pregnant when my command was "instructed" to recommend me for discharge.  I was advised there could be 30 day or up to the end of my enlistment as a timeline of when I would be discharged if the Coast Guard decided to do so.  I began looking for jobs, figuring out where my family was going to live, where my child would be born, everything to make sure my family was ok if I were to be discharged.  We made plans to have my wife and kids move off island early incase I were discharged so she could have a doctor set up to give birth to our child.  We did not want give brith with an unknown doctor.  This undue stress effected my family and career considerably.  I called local Coast Guard medical to set up an appointment with a therapist to help cope with this stress and was told they are no longer taking clients.

13. I am facing the possibility of not being able to pass my GI Bill to my children.  I attempted to reenlist for 6 years to comply with the requirement to pass on my GI Bill to my children, but the Coast Guard denied my reenlistment.  Now I'm not sure if I'll be able to pass on these benefits as I have less than 6 years possible to serve left.  My investment of owning a house was lost as I had to sell after only owning for 2 years.  The mandate left my wife no alternative but to get out of the Coast Guard, causing financial insecurity and leaving the only alternative of selling our house. My marks dropped and I have the lowest priority resulting in my inability to fairly compete for PCS jobs this 2023 transfer season.  Ive had to focus so much time on saving my career in the Coast Guard over the past 2 years that I was unable to complete work tasks in my normal timeline.  This has caused my marks to drop as my focus became saving my 14 year career and not daily tasks.  During PCS we compete for jobs and now I am competing the for the left over list with other priority 6 members but I have distorted marks.  Every day I feel as if there will be a message stating I will be discharged for some unknown reason, I no longer have the "job security" I proudly boasted about.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements

are true and correct to the best of my knowledge.

Executed this ____01____ day of March, 2023.

_____Robert Haden_____

NAME

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF MATTHEW HEATON |

### Declaration of Matthew Taylor Heaton, U.S. Coast Guard

I, Matthew Taylor Heaton, FN/E3, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this
   Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Miami Beach, Miami-Dade County, Florida.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an E-3 Fireman in the United States Coast Guard, I was previously stationed at Base Miami
   Beach (BMB) in the Facilities Engineering (FE) Department as a Seaman (SN). I was an Aviation
   Survival Technician (AST) Candidate in the Type-II Program for Training to become an AST.
   Within the FE Department, I worked to maintain BMB, Station Miami, Sector Miami, and its 14
   Tenant Commands. I worked alongside rates such as Machinery Technicians (MK), Damage
   Controlman (DC), Electrician Mates (EM), Reservists, and Civilian Contractors. I also stood in
   the duty rotation as a Watch Stander and worked alongside the Culinary Specialist (CS) in the
   Galley. I also supervised and transported inmates for the Civilian Inmate Labor Program. While
   maintaining my responsibilities in the FE Department and on BMB, I was also training daily for

AST A-School; my rigorous schedule included training in the pool (3-5 days a week) and two daily land training sessions (5-6 days a week). I attended AST A-School in July 2021; I ended up not completing the school due to inadequate physical conditioning. I then reported back to BMB and received orders where I am stationed now.

I am currently serving on board the Coast Guard Cutter (CGC) Hudson, homeport, Miami Beach. The CGC Hudson is a construction tender that aims to build and service shore structures, support perseveration of natural habitats for marine life, maintains buoys and aids to navigation, and assists in search and rescue operations. On CGC Hudson, I work in the Engineering Department alongside multiple rates such as MK's, DC's and EM's. I also assist the BM's whenever they need an extra hand. I am qualified for Watch Stander, Officer of the Day, Engineer of the Watch, Construction Deck Rigger, designated rescue swimmer, and Mess Cook. I also actively assist and mentor new recruits coming from Basic Training to get them settled into the barracks and qualified. In addition, I am still currently training for AST A-School with same vigor as my previous duty station.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 28 September 2021.

6. My initial request for a Religious Accommodation was denied on 31 January 2022 by Capt. A.W. Williams (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 17 February 2022. The subsequent appeal was denied on 04 May 2022 by RADM E.C. Jones. This document can also be provided to the court.

8. I have been discriminated, persecuted, and denied religious freedoms by the United States Coast Guard while serving my Country, The United States of America. When I attended AST A-school for training, the Covid-19 vaccinated members were treated differently than the unvaccinated

members. The travel boundaries between vaccinated and unvaccinated members were distinctively different. Unvaccinated members were only permitted to travel in the local town from the base, while the vaccinated members were allowed to travel further to other surrounding cities. Even before arriving at AST A-school, unvaccinated members had to quarantine in home for two weeks and had to sign and stick to a strict policy that they wouldn't make any unnecessary stops while traveling to A-school; once at A-School, we were then quarantined for an additional two weeks.

During the Covid-19 vaccination mandate I was not only denied a religious accommodation for the Covid-19 vaccination, but I was given multiple negative administrative remarks. I was also given negative evaluations on performance markings saying that my military readiness was unsatisfactory due to being unvaccinated because of my religious beliefs. I was unable to attend any A-schools, C-schools, trainings, or even have my name placed on such training lists to further my career in the Coast Guard. I was unjustly denied leave to visit various family gatherings, holidays, and major life events.

Due to my religious beliefs, the Coast Guard threatened to administratively discharge me with a less than honorable discharge, by creating new policies for unvaccinated members. These policies would have prohibited me from eligibility for VA benefits, loss of opportunity to retire and to earn benefits, and even to disqualify me from my post-9/11 GI benefits. This ongoing battle of uncertainty is a burden that has hindered and worried my family. My wife and I have delayed having children until we are certain we will have dependable health coverage and a reliable source of income. With no opportunity for me to advance in my career, I have not been eligible to receive a pay increase in my salary due to being unvaccinated. In addition, I have not been able to plan for my future and whether I will come home one day without a job.

9. I am still unable to attend AST A-School because of the current ambiguous policies in place against unvaccinated members. I am still not able to advance in my career, receive an increase in pay, or plan for my family's future.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ____ day of March, 2023.

MATTHEW TAYLOR HEATON

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF Dylan Patrick Hennigan |

**Declaration of Dylan Patrick Hennigan, U.S. Coast Guard**

I, Dylan Patrick Hennigan, AMT2, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this

    Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Kodiak, AK.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I am a 2nd Class Aviation Maintenance Technician stationed in Kodiak, AK. I am currently

    charged with flying in and maintaining 06 Sikorsky MH-60T Helicopters (worth $102,000,000).

    My duties range from standing 24 hour watches for SAR (Search and Rescue) Response, standing

    as the lead 2nd class for our night shift, and deploying for 2 weeks to various remote locations

    throughout Alaska, to ensure we can respond to anyone, anywhere, in need of assistance. As lead

    2nd class of Night Shift, I am delegated, by my supervisor, with multiple responsibilities. I ensure

    our flights depart and are recovered safely and on time. I give all task direction, to ensure

    productivity and use my teams' (consisting of 11 souls) individual strengths and personalities to

    get the job done correctly, safely, and efficiently. In addition, I must make sure my junior

members are being trained by myself and the other 2nd classes, to perform a multitude of varying maintenance events, keep up with their Aircrew qualifications and syllabi, and, at the end of the night, go home safely to their families. During my time in the Coast Guard, I have flown over 226.4 flight hours, completed approximately 445 maintenance procedure cards, over 1,950 maintenance labor hours on 20 different assets, and I have been the recipient of 10 awards. I have spent approximately 655 days away from my wife and 04 children to serve my country, and the United States Coast Guard.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 14OCT2021.

6. My initial request for a Religious Accommodation was denied on 24JAN2022 by CAPT A.W. Williams (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 27FEB2022. The subsequent appeal was denied. This document can also be provided to the court.

8. I received my DD214, stating I would be officially discharged on 01DEC2022 if I did not receive the Covid shot before that date. Due to the severe stress placed on my family, complications in securing a job that would provide for a family of 6, my grandfather's death on November 30th, 2022 (I could not attend the funeral in California without the job to pay for travel), and the lack of support/financial ability to move my immediate family close to relatives (they had left my home of record), and most importantly my wife's mental health decline, I was left with no other option than too forsake my God and receive the Novavax shot, for the sake of a paycheck.

9. I was unable to test for advancement in May 2022, I was put on an administrative grounding, due to safety concerns (decline in my mental health from the abundance of stress) resulting in loss of hazardous flight pay, totaling approximately $2,280. I had to pay for travel and lodging in November, 2022 to obtain training to prepare for a civilian job (Approximately $2700 between

flights, rental car, lodging, and food). After receiving the Novavax shot, I experienced chest and leg pain, shortness of breath, and incontinence for approximately a month, and extreme feelings of guilt and hopelessness.

10. I am facing the possibility of not testing for advancement due to the negative "Mark" in my bi-annual Enlisted Performance Evaluation.


I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 3rd day of March, 2023.


_____
PO2 Dylan Patrick Hennigan

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br><br>Plaintiffs<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF Timothy R. Hicks |

### Declaration of Timothy R. Hicks, U.S. Coast Guard

I, Timothy R. Hicks, IV1/ E-6 USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in HINGHAM, MASSACHUSETTS.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an IV1/ E-6/ assigned to Coast Guard Investigative Service- Northeast Region as a Special Agent. In this position I investigate felony violations of the UCMJ, conduct protective service operations of DHS and other dignitaries as well law enforcement and intelligence collection.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on September 29th, 2021.

6. My initial request for a Religious Accommodation was denied on February 7th, 2022, by CAPT. Eugene Anzano. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on February 23rd, 2022. The subsequent appeal was denied on March 1, 2022, by CAPT. Joseph Sunderland/ Military Personnel USCG-HQ. This document can also be provided to the court.

8. On July 27, 2022, my command informed that I would need to turn in my equipment to include my badge, credentials and weapon stating that I would be placed in the ISL.

9. I was denied the opportunity to complete my yearly required active-duty training as well as my monthly drill days starting in August of 2022.   This denial has resulted in a loss of pay at the present time as well as lost points towards my retirement which will result in less retirement pay and benefits for myself and my family in the future.

10. I was informed by the Coast Guard Inservice Transfer Team in February of 2023 that I was never in fact transferred to the ISL and that I was still in the SELRES assigned to CGIS-North East Region, despite seeing and obtaining printouts from Direct Access showing that I was previously assigned to Coast Guard HQ in the ISL.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 1st day of March 2023.

NAME

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | Civil Action No. 3:22-cv-00265 |
| Plaintiffs | DECLARATION OF THOMAS J. HIGHAM |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

### Declaration of Thomas J. Higham, U.S. Coast Guard

I Thomas J. Higham SN/E3, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Charleston, South Carolina.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I am a SN/E-3 stationed on the CGC Hamilton. I was a deck seaman; My job was to assist with small boat operations, flight operations, drug interdictions, migrant interdictions, standing watch, maintaining the ships integrity and appearance, as well as assisting the CS's as a mess cook.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 09 SEP 2021.

6.  My initial request for a Religious Accommodation was denied on 27 JAN 2022 by CAPT A. W. Williams (CG-133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7.  I submitted an appeal to denied religious accommodation decision on 12 FEB 2022. The

subsequent appeal was denied on 10 MAY 2022 by RDML M. L. Lafferty. This document can also be provided to the court.

8. I was training to become a Maritime Enforcement Specialist at MLEA on base FLETC. Me and a few others in my class were the only ones required to wear masks during my time there, making me and the others feel like we didn't belong there as if we were outcasts. It is a 10 week course and I had completed 4 of those weeks going into the 5th. Shortly after the end of week 4, I had been told that I could no longer train at base FLETC unless I was vaccinated. I was told to get the COVID-19 vaccination or be disenrolled from the school that I was half-way to completing. After being kicked out of training on FLETC, I was cut new orders to my second cutter as a non-rate, the CGC Hamilton. Feeling like I was starting all over again, I adapted to my new unit, worked hard and did my job well without complaint. While on patrol with the Hamilton, me and 2 other unvaccinated shipmates were the only ones required to wear a mask while underway in the middle of the Eastern Pacific. We were also not authorized liberty on port calls because of our vaccination status. This was the first time I had really felt like I didn't belong, and that I was some sort of leper because I was not vaccinated like the rest of the crew. I was made fun of, harassed and treated differently because of my vaccination status. My mental health and morale were rapidly declining and I became depressed and anxious and it only got worse, leading to a complete solace, and no relief in sight. I had never experienced anxiety and depression of this magnitude before and it is something that I am currently battling. After being told I would soon be getting discharged within the months of SEP 2022 - DEC 2022 I was sent to a temporary duty station on Base Tradd St. while I waited for discharge orders. 5 months of waiting and trying to figure out what I am going to do next after being discharged and transition back into the civilian world, I had accepted my circumstances and was preparing myself mentally before getting my discharge orders. 12 JAN 2023 the mandate was rescinded and all of my discharge paperwork was sent back without any action taken. I am now told that I can go back to ME-A School. It has been a rollercoaster of emotions and so many unknowns for the last 2 years of my life and now it suddenly comes to an end, which I am grateful for; but it also hurts to have gone through so much

emotionally and mentally for it all to come to an end and then making me feel as if nothing ever happened and I can carry on right where I left off? Within those 2 years of being oppressed by the mandate, I would have potentially already advanced to an E-5 and excelling in my career. This unconstitutional mandate withheld my progress to advance any further hindering me from earning nearly twice as much as I am now. The Coast Guard has severely damaged me mentally and emotionally. They have robbed me of my pay raises and advancements, ruined my career, and wasted 2 years of my life.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___28_____ day of February 2023.

NAME

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF<br>CARLTON KENNEDY |

## Declaration of Carlton Kennedy, U.S. Coast Guard

I Carlton Kennedy, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Ohio.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a former Operations Specialist Second Class in the United States Coast Guard, previously stationed at Air Station Kodiak. I was competing to advance to Operations Specialist First Class but was not allowed to advance.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on September 21, 2021.

6. My initial request for a Religious Accommodation was denied on January 26, 2022 by CAPT A.W. Williams (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on February 7, 2022. The subsequent appeal was denied on May 11, 2022 by RADM M.L. Lafferty. This document can also be provided to the court.

8. On December 1, 2022, I was involuntarily discharged. My wife, Christine Kennedy was also involuntarily discharged from Kodiak, Alaska in October, 2022. She also submitted religious accommodations and appeals which were denied, and also requested a medical exemption while breastfeeding our first child which was also denied. She is also an intervenor-plaintiff in this action.

9. We have suffered from coercion tactics, discrimination because of our religious beliefs, prejudice because of our vaccination status, and many other restrictions before we were discharged. These restrictions include being forced to remain within 50 miles of Kodiak Island which is a remote island after we had just had a baby and a difficult and dangerous delivery which required an emergency c-section. My wife and I both faced depression, anxiety, PTSD and extreme fatigue as well as my wife suffering from post-partum depression, healing from surgery, and we were both suddenly unemployed in a remote area of Alaska in the dead of winter. We now do not have healthcare for our family, including our 7-month-old daughter.

10. I was given a reenlistment bonus and then not allowed to reenlist. In addition to having to move across the country with no employment and a baby, we have bills from all over, and also the stress of the Coast Guard demanding that I repay them my $23,000.00 reenlistment bonus.

11. The emotional toll of the difficult pregnancy and damages the Coast Guard has done to me and to my family are beyond what I ever thought we would experience from a service we committed our lives to. We were not even allowed to see family due to the remoteness of our location and travel restrictions. We were promised separation awards and received nothing and were required to wear a mask while one base giving us the mark of the "wrongdoers".

12. I am facing unimaginable debt both in incurred moving costs, living costs, and the repayment to the Coast Guard. I scrambled to find work to barely make ends meet and we are living in an area

we are not familiar with trying to carve out a living for our family. We cannot even make a proper claim for disability with the Department of Veterans Affairs because we were rushed out of Kodiak and not given any assistance to obtain clear copies of our medical records or discharge paperwork required to make such a claim. My family has been irreparably harmed and I am fearful of what may happen if my child or wife are to get sick or injured now that none of us have health insurance nor the ability to pay for insurance.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 5th day of March, 2023.

OS2 Carlton Kennedy III

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF Natalie Little |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

### Declaration of Natalie Little, U.S. Coast Guard

I, Natalie Little, BM/E-4, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Jacksonville, FL.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Boatswain Mate Petty Officer Third Class in the United States Coast Guard, currently serving at Coast Guard Station Mayport. The primary mission at Station Mayport is search and rescue as well as law enforcement.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on October 1, 2021.

6. My initial request for a Religious Accommodation was denied on January 27, 2022 by CAPT A.W. Williams (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on February 22, 2022. The subsequent appeal was denied on May 3, 2022 by RADM E.C. Jones. This document can also be provided to the court.

8. On August 31, 2022, I was given an intent to discharge letter. This letter can be provided to the court if requested.

9. Before joining the military, I completed my masters degree and was heading towards a different career path. I wanted to do something more to help others so I chose to join and serve to help the American people. Ever since joining, my experience so far has been nothing but constant struggles and an unpredictable future. I went from boot camp in Cape May, NJ to Sitka, AK as a non-rate then decided to become a Boatswain mate and went to BM A school for training to become a Petty Officer. I arrived two weeks early at BM A school in Yorktown, VA to stay in quarantine for those two weeks before all my classmates arrived due to not getting the shot. From the very beginning I was outcasted from others. I was not allowed to leave base to go to restaurants, shop, or participate in any activity in the public but my classmates were able to do so. I was not allowed to use all facilities such as the indoor gym or sit in the only restaurant on base in BM A school. All the vaccinated members were not required to wear masks but I was required to wear one at all times including the outdoors. By wearing a mask when others did not have to, it showed my medical history which should be private information. I was constantly outcasted by others and had many people question the decision I made. The Deck Watch Officer exam is the most important exam in the BM A school program and we are required to meet a 90% to pass. Right before we took the exam my instructor told us about the mandate of having to take the covid-19 shot and there will be negative consequences if you were not vaccinated. The instructor could have waited to make that announcement but decided to announce it right before the exam and it was hard to focus knowing that the mandate conflicts with my sincerely held beliefs and my career in the Coast Guard will not last long. I still managed to pass the first time, but it was more difficult to focus than it should have been. I went through the BM A program with minimal

guidance on what the effects would be by refusing to take the covid-19 shot and constantly wondered what my future holds. I questioned how long will I have in the Coast Guard and if I will I be sent to my next unit or will I be a coxswain and do search and rescue missions? If I go to my next unit would they outcast me as well based on a sincerely held belief. I also wondered if I would get court martialed or if I would get discharged over this matter will I have enough time to find another job and know what career I wanted next. I felt heartbroken feeling like I sacrificed being away from family and friends and giving up other opportunities outside the Coast Guard that could provide a future for myself. It felt like a huge burden to follow my sincerely held beliefs and continue to prepare to become a Petty Officer while still knowing my future career could be over at any point. After graduating BM A school, I transferred to Station Mayport which was a highly competitive pick and I did well in my class to be able to get stationed there. During my time at Station Mayport, I had considered applying for Officer Candidate School but the Coast Guard denied unvaccinated individuals from becoming officers. I have the qualifications for applying and when I left my unit as a non-rate, my command recommended me to go to Officer Candidate School. This has left me limited to what my career choices are in the Coast Guard. This not only hurts my career but also hurts the Coast Guard by not utilizing my capabilities to their full potential. I was constantly questioned why I made the decision of not getting the shot and continued to feel like an outcast. The command at Station Mayport told me to keep doing my job, fulfill my billet, and get qualified as if nothing happened after receiving the intent to discharge letter that specifically says, "I have initiated action to discharge you from the U.S. Coast Guard." Along with the letter from my command stating "I recommend that BM3 Natalie E. Little be separated from the Coast Guard." There was no guidance on what my time looked like in the Coast Guard and I knew my career was rapidly ending. While trying to maintain the job at Station Mayport, I also had to figure out a plan to relocate, find a new job, figure out how to put food on the table and pay all the bills when the Coast Guard was going to discharge me. I knew other shipmates getting discharged with minimal notice and I did not want

to be blind-sided so I took initiative to take the Transition Assistance Program (TAPs) and start my transition out of the Coast Guard while trying to maintain the job I have at Station Mayport.  I have been in a constant state of limbo since summer of 2021 by truly not knowing what each day would bring and what day was going to be the last day of my career, since of community, and financial stability. The biggest negative impact the Coast Guard brought upon me has been a constant burden that is not seen. I had to seek medical care due to the Coast Guard ordering me to conflict with my sincerely held beliefs. I voluntarily decided to join, I had other options besides joining the military but I wanted to serve the American people and all the Coast Guard has brought is constant conflict and instability to my life in every aspect. It has been a burden to bear on top of the work of the job, getting involved with cases such as recovering dead bodies or having to respond to cases with people who have severe injuries. Another unseen burden has been seeing other shipmates go through what I have gone through and the negative repercussions of what the Coast Guard has done. I know my career has been compromised as well as my mental health over this matter and I am capable of so much more than the constant jerking around and wondering if I will be able to receive money to put food on the table based on my sincerely held belief.

10. I am currently facing constant pressure to complete my qualifications from my command at Station Mayport. I was not able to meet the deadline in the set time given since I was just told that I will officially be discharged. The time dedicated to spend transitioning out of the military took away the time I had to study for a qualification that did not put food on the table when getting future orders to discharge. So now I am currently being punished for not meeting an unreasonable deadline and my command put me on a remedial learning program which entails me to stay longer at work when I should be receiving time off. Under normal circumstances, I would have met the qualification deadline and have proven to do so in the past. I have met all my deadlines from previous qualifications up to this point and also earned my masters degree in one year instead of two years. My command has the audacity to tell me how I should stay in the military

and forget anything has ever happened. How could a commanding officer recommend to continue to stay in the Coast Guard after having recommended my own discharge behind closed doors? I joined voluntarily to serve and make a career in the Coast Guard but all there has been is constant jerking around throughout my time in the Coast Guard. Despite the drop of the mandate, there continues to be negative consequences. I do not wish to go through anything like this again nor would I recommend for others to join the Coast Guard from the damage it has done to create a constant burden based on not accommodating my sincerely held religious beliefs. I feel devalued of what I can bring to the Coast Guard and I am capable of a much better and brighter future than what the Coast Guard has offered me thus far.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 1st day of March, 2023.

_____

NAME

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF Jason Lee Mozingo |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

**Declaration of Jason Lee Mozingo, U.S. Coast Guard**

I, Jason Lee Mozingo, WEPS2/W2, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Kingsland, GA.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Weapons Specialty (WEPS) Chief Warrant Officer 2 (CWO2) currently stationed at Maritime Force Protection Unit, Kings Bay, GA. Since arriving to this unit in the Summer of 2020, I have been the Weapons Division Officer (DIVO) in charge of 35 personnel, $80K annual budget, hundreds of thousands of rounds of ordnance and hundreds of firearms and other weapons systems. In addition to my duties as the Weapons DIVO, I am also one of only eight qualified Patrol Commanders who are overall in charge of providing force protection for the transit protection system escort of all USN Fleet Ballistic Missile Nuclear Submarines for the entire East Coast of the United States. This is the U.S. Coast Guard's highest consequence mission and is in direct support of the US Nuclear Security Strategy.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 22Sep2021.

6. My initial request for a Religious Accommodation was denied on 09Feb2022 by CAPT Michael Roschel/Adjudication Authority. This denial affirmed that my religious beliefs were sincere yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 23Feb2022. The subsequent appeal was denied on 31May2022 by RADM Eric Jones/Appellate Authority. This document can also be provided to the court.

8. Due to my vaccination status, I was denied daily as well as leave/liberty travel beyond 50miles of my house, I was denied a required leadership school, I was required to be tested for COVID on a weekly basis when those who had been vaccinated were not required to do the same and I was required to wear a mask for a period of time when those that were vaccinated did not have to do the same. The "special" treatment I was subjected to me in a spotlight that I did not want to be in, leaving me isolated as I was being treated unfairly and unequally due to my vaccine status. This ongoing treatment had a terrible affect on my mental and emotional state. For the first time in my career, I experienced a massive amount of stress that led to anxiety and depression. The worst part was that I was not the only affected, I also have a wife and four little children at home that this also took a toll on. The constant insecurity due to the possibility of unknown punishments left us all in a state of disparity, never knowing if or when I would lose my job, leaving me totally unprepared for unemployment.

9. Due to the emotional and psychological harm inflicted upon my family and I by the Coast Guard's actions in regard to the COVID vaccine mandate, I have lost all desire to commit any more of my time and life to the service of this organization. Before all of this, my plans were to complete a full 30 or more years of service in the Coast Guard because I loved what I did and loved this organization and loved serving my country. But now, the only incentive I have to stay

in is just to complete the bare minimum of 20 years of service to try and earn the retirement that was promised to me when I joined 19 years ago. I refuse to be a part of the Coast Guard any longer than that, nor would I ever even consider working another federal job in any capacity due to the emotional and psychological toll that all of this has taken on me and my family.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this <u>first</u> day of March, 2023.

NAME: Jason Lee Mozingo

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF CHRISTOPHER S. MUSGRAVE |

**Declaration of CHRISTOPHER MUSGRAVE, U.S. Coast Guard**

I,CHRISTOPHER S. MUSGRAVE, BM2, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in LA MARQUE, TX.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a BOATSWAINS MATE/ SECOND CLASS/ FORMERLY OF AIDS TO NAVIGATION TEAM GALVESTON. I WAS CERTIFIED AS AN ATON COXSWAIN ONE OF ONLY TWO NOT IN THE COMMAND STRUCTURE, ABLE TO DRIVE THE TRAILERABLE AID TO NAVIGATION BOAT(TAN-B) ON THE HOUSTON SHIP CHANNEL (HSC). MY MAJOR DUTIES IN MY POSITION WERE TO LEAD A TEAM OF COAST GUARDSMEN AND WOMEN TO ENSURE THE HSC AND SURROUNDING WATERWAYS WERE PROPERLY LIT, OR SHOWING THE PROPER CHARACTERISTICS. SO THAT INCOMING AND OUTGOING CARGO, CRUISE, PETROLEUM, AND VARIOUS OTHER TRADE VESSELS WERE ABLE TO TRAVEL SAFELY IN AND OUT OF THE CHANNEL IN ORDER TO

PROMOTE UNITED STATES COMMERCE.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 06 OCT 2021

6. My initial request for a Religious Accommodation was denied on 02 FEB 2022 by CAPT. A. W. WILLIAMS / CG-133. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 16 FEB 2022. The subsequent appeal was denied on 27 MAY 2022 by RADM E.C. JONES . This document can also be provided to the court.

8. On 19 SEP 2021, I was DISCHARGED.

9. I was, DENIED ADVANCEMENT, DENIED TRAINING, FORCED TO REPAY BONUS WITH THREAT OF INTEREST, PAY AND LEAVE WERE GARNISHED FOR THAT REPAYMENT. INABILITY TO ATTEND FUNERALS, BID FINAL FAREWELLS TO LOVED ONES AND ATTEND FAMILY FUNCTIONS. I WAS UNABLE TO ATTEND TRAINING FOR MY CIVILIAN CAREER WHICH WOULD HAVE BEEN TAKEN FROM MY EARNED LEAVE, KNOWING I WAS MOST LIKELY GOING TO BE DISCHARGED. AS WELL AS MENTAL AND EMOTIONAL DAMAGE TO MYSELF AND FAMILY MEMBERS. I REQUESTED TO ATTEND CHURCH, WHICH WAS INITIALLY DENIED, SINCE IT WAS OUTSIDE MY 50 MILE RADIUS.

10. I am facing LOSS OF HOUSE, VEHICLE, OUR SAVINGS IS ALMOST DRIED UP. UNSURE OF WHETHER I CAN EVEN AFFORD DIAPERS FOR OUR YOUNGEST CHILD. BECAUSE I WAS UNABLE TO ATTEND THE AFOREMENTIONED TRAINING FOR WORK, JOBS THAT I QUALIFY FOR HAVE BEEN SPARSE, AND WE HAVE BEEN LIVING ON AN AVERAGE OF LESS THAN $2000 DOLLARS A MONTH WHICH IS NOT ENOUGH FOR OUR MORTGAGE AND CAR PAYMENT, WITH SEVERAL MONTHS NOT

PAYING AT ALL.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this __25th__ day of February, 2023.

CHRISTOPHER S. MUSGRAVE

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | Civil Action No. 3:22-cv-00265 |
| Plaintiffs | DECLARATION OF TIMOTHY NAVARRO |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

**Declaration of TIMOTHY NAVARRO, U.S. Coast Guard**

I, TIMOTHY NAVARRO, AST/E6, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Fort Lauderdale, Florida.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an Aviation Survival Technician 1st Class, currently stationed at Air Station Miami, FL. I am currently in a supervisory role in charge of maintenance scheduling for aviation life support equipment.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 16 NOV 2021.

6. My initial request for a Religious Accommodation was denied on 12 JAN 2022 by CAPT A.W. Williams (CG-133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to the denied religious accommodation decision on 01 FEB 2022. The subsequent appeal was denied on 30 MAY 2022 by RADM E.C. Jones. This document can also be provided to the court.

8. Over the course of the last few years since my religious accommodation denials, the constant threats and coercion have left my family and I in severe mental and emotional distress. I was threatened with discharge at multiple levels of authority in the Coast Guard, forced to pick between advancing in rank or permanently being denied advancement days before pinning on, and restricted leave within various short miles from my home. I experienced waves of depression and anxiety due to the unknown nature of my job status and knowing how I was going to support a family of four. My marriage almost ended in divorce multiple times because of the stress the Coast Guard was putting on my family and to this day will never be the same before all of this started.

9. I am facing challenges in competing for the next level of advancement due to my low scores in my employee reviews due to not adhering to the vaccine mandate which will impact my future earnings as I near retirement.


I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 01 day of March, 2023.

Timothy Navarro

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF ISAAK OLSON |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

### Declaration of ISAAK OLSON, U.S. Coast Guard

I, Isaak Olson, AMT2, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Sika, AK.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a MH-60T Flight Mechanic and Maintenance Supervisor in the United States Coast Guard, currently serving at Air Station Sitka.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 30 SEP 2021.

6. My initial request for a Religious Accommodation was denied on 16 FEB 2022 by CAPT M. R. Roschel. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 03 MAR 2022. The

subsequent appeal was denied on 21 JUN 2022 by RADM E.C. Jones. This document can also be provided to the court.

8. I was ineligible for advancement. I was ineligible for trainings to progress my career. My family and I lived in a constant state of fear of losing my career, our benefits, and our means at a moment's notice.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this _____2 7TH_____ day of February, 2023.

_____

AMT2 Isaak Olson

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF Carlos M. Quintero |

**Declaration of CARLOS M. QUINTERO, U.S. Coast Guard**

I, Carlos M. Quintero, O3/LT, USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this

    Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Issaquah, WA.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I was commissioned in the Coast Guard in May 2015 and since 2020 have been stationed at

    Sector Puget Sound as a Marine Inspector.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on

    20SEP2021.

6.  My initial request for a Religious Accommodation was denied on 06FEB2022 by CAPT M. R.

    Roschel (CG-133). This denial affirmed my religious beliefs were sincere, yet claimed there were

    no lesser restrictive means to further the governments compelling interests than requiring

    vaccination. This denial letter can be provided to the court if requested.

7.  I submitted an appeal to denied religious accommodation decision on 07MAR2022. The

subsequent appeal was denied on 27MAY2022 by SES D. S. Tulis. This document can also be provided to the court.

8.  I was treated poorly by officers higher in the chain of command. I was put under duress and coerced by being threatened that punitive action will be taken against me if I didn't receive the COVID-19 vaccine, which ultimately would put my job and livelihood of my family in peril. My family and I were also put under duress by the Coast Guard as they were detaining me to a 50 mile radius around my home. Furthermore, my Department Head ordered, that in my department, only the unvaccinated wear a mask while at their desk, meanwhile the vaccinated did not have to wear a mask at their desk. This was even if I was at my desk and 6 feet apart from others, which singled me out for my religious beliefs. The email from the department head can be provided to the court. The Base Seattle Command did not permit me to dine inside the galley because of my unvaccinated status, which alienated me from my co-workers as I was prohibited from eating with them inside the galley. Officers higher in the chain of command also attempted to deceive me by falsely claiming that the Pfizer-BioNTech vaccine was fully licensed by the FDA, and that it was a lawful order to mandate me to receive it.


I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this __06__ day of MAR, 2023.

_Carlos Quintero_ LT Carlos Quintero

NAME

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS GALVESTON**
**DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF STEPHEN RICARDO |

**Declaration of Stephen Ricardo, U.S. Coast Guard**

I, Stephen Ricardo, MK2/E-5 USCG, do hereby declare as follows:

1.  I am over the age of 18 years, have personal knowledge of the matters set forth in this

    Declaration, and if called upon to testify to them, I would and could do so competently.

2.  I am currently domiciled in Plymouth, Massachusetts.

3.  I am an intervenor-plaintiff in the above captioned action.

4.  I was a proud Machinery Technician Second Class serving my country in the USCG for the last

    13 years. On any given day I could be found doing maintenance on a Coast Guard Asset,

    conducting a vessel safety inspection, checking commercial fishing vessels for violations of

    federal fisheries laws and regulations, or responding to a search and rescue case to possible save a

    life.

5.  I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on

    22 OCT 2021.

6.  My initial request for a Religious Accommodation was denied on 09 FEB 2022 by CAPT M.R.

    Roschel (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were

no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 22 FEB 2022. The subsequent appeal was denied on 24 MAY 2022 by SES J.L. Knight. This document can also be provided to the court.

8. On 11 NOV 2022, I was DISCHARGED.

9. During the time that the Coast Guard's Vaccine Mandate was in effect, were some of the toughest years of my life and I'm still feeling the effects. Having to choose between my faith and being able to provide for my family tore me apart mentally and physically. I couldn't sleep, my eating habits changed, and I was anxious all the time. Not knowing what was going to happen to me and my family, after years of a military schedule, where everything is in order, was quite worrying. The undue stress put on myself and my family nearly cost me my marriage. I was restricted from traveling more than 50 miles from my house or my duty station. This resulted in missing out on needed quality time with friends and relatives on numerous occasions. At work, I couldn't even sit at the same table with vaccinated members during mealtimes. While everyone else could wear a more comfortable cloth mask, I was required to wear a N-95 mask. After both my religious accommodation and appeal were denied, the whole scenario got even worse. More anxiety. More stress. I tried extending my enlistment, that was denied. I tried reenlisting that was also denied. I was forced out of a job I eagerly enjoyed, was very good at, because of my love and commitment to my God. After involuntarily separation on 11 NOV 2022 my whole life fell apart. I was in the middle of refinancing my house, and because I now had no income, the lender denied my application. My family lost their dental coverage. Christmas wasn't the same this year for my two boys. I couldn't find employment. I am still unemployed at the moment. I have had to borrow thousands of dollars from family, just to keep my house and buy food for my family.

10. I am facing more financial hardship every month. Unemployment just isn't cutting it. Future mortgage payments, gas money, heating oil costs, and putting food on the table weigh on me and

my spouse's minds daily.


I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 1st day of March, 2023.



MK2 Stephen James Ricardo

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF Adam Rieck |

**Declaration of Adam Blake Rieck, U.S. Coast Guard**

I, Adam Blake Rieck AMT2, USCG Separated, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in East Sandwich, Massachusetts.

3. I am an intervenor-plaintiff in the above captioned action.

4. I was an Aviation Maintenance Technician Second Class, at Air Station Cape Cod. I was a Flight Mechanic and Basic Aircrewman on the MH-60T Jayhawk helicopter I completed numerous missions to include search and rescue, law enforcement, and marine fisheries protections totaling nearly 600 hours. I have executed over 20 helicopter deployments, saved /assisted 15+ lives, and been bestowed 18 awards including the Coast Guard Achievement Medal, two letters of commendation and 5 good conduct medals. When not flying on missions I was a shift supervisor, quality assurance inspector, and senior maintenance lead of the night shift.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 19 Nov 2021.

6.  My initial request for a Religious Accommodation was denied on 29 Dec 2021 by Captain A. W. Williams (CG-133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7.  I submitted an appeal to denied religious accommodation decision on 20 Jan 2022. The subsequent appeal was denied on 12 May 2022 by Rear Admiral E. C. Jones. This document can also be provided to the court.

8.  On 14 Nov 2022, after 15 years 8 months 19 days I was Discharged 'Under Honorable Conditions" with a JND Separation code and a RE4 reentry code.

9.  I was forced to wear a mask at all times while at work when no one else had to. I was required to ask for permission from my Commanding Officer (CO) to travel outside of a 50-mile radius of the base. The 50-mile restriction made it so that I could not participate in unit morale or shop morale days. I missed the deaths of three of my Grandparents due to the restriction of travel and was only able to attend one funeral because the travel restrictions had been lifted. I was denied necessary training to continue my flying career. I was denied a school that would have progressed my future growth as a maintainer and trainer. I was forced to stand duty on numerous occasions to cover for the other members who were vaccinated but quarantined due to having Covid. I was denied advancement to First Class Petty Officer on 31 May 2022 less than 12 hours before my advancement ceremony. My CO tried to Coerce me into getting the Non-FDA Approved COVID-19 vaccine by saying if I got vaccinated, I would be able to advance, I still said no. This conversation led to my CO saying that I was being insubordinate. I was paid as a first class on two future paychecks and had to have my paycheck deducted twice to pay back the USCG. I was given more negative counseling sheets and stripped of my Quality Assurance letter and subsequently my Watch Captain letter. I was then informed that I would be getting discharged in less than 30 days. I had to sell my leave that I would not be able to take (57 days total). While on my terminal leave during which time I was also attending a last minute Transition Assistance

Program my CO bragged at an all hands event that he had "removed a problem from the hanger deck." I was not able to finish my medical and dental exams before separation. I have had to move my items across the country to my home of record in Washington State, without my family because my children are still in school, and my wife is still on active duty in the Coast Guard. I have lost my ability to retire which at the time of separation was possible during my remaining time on my reenlistment contract. I was under constant and direct threat of losing my career and benefits. I never received my last set of employment marks, which is twofold: If I was to return to service, I would not have a recent set of marks to test for the higher paygrade and for civilian employment, I am unable to provide the most recent employee marks with my resume. I was told that I had no constitutional rights and that the coast guard owned me and my body, that the Coast Guard could do whatever it wanted, break any law it wanted and violate its own policy. All of this put me in turmoil daily and caused me an insurmountable amount of stress.

10. I am facing a choice if I am called back to service, my wife is still active duty in Massachusetts and our kids are still in school. If I am called back to service, there is the uncertainty of not knowing where I will be sent or the process. I could be sent across the country separated from them for a number of years. My concerns of recouping lost time for my longevity, backpay from my separation date and if I am eligible to be retroactively advanced to first class. All of this uncertainty has been devastating on my psyche. Due to missed marking periods, testing dates and advancement list timelines, it may take to long to advance to chief petty officer before retirement. To maintain our home and way of life, my wife and I have used almost all our savings to keep up with high local living costs. This undue stress has affected me and my family. We are afraid of moving across the country only to be told to move again by the Coast Guard if I am reinstated. Since I sold all of my leave, I would have nothing to cushion the time it would take to pack up everything again, to move wherever they end up sending us. If the Coast Guard does not rehire me, my family and I will be living in a RV until new careers can be found. Because of the uncertainty of being reinstated, we do not know when to sell our home which is a financial

burden on us.


    I declare under penalty of perjury, under the laws of the United States that the foregoing statements

are true and correct to the best of my knowledge.

Executed this 2nd day of March 2023.

Adam Rieck

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF Richard D. Sheill |

### Declaration of Richard D. Sheill, U.S. Coast Guard

I, Richard D. Sheill, Former Damage Controlman/E-5, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Forks, Washington.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a former Damage Controlman/E-5. Formally stationed at Station Neah Bay. While stationed there I was the department head for the housing division, responsible for 13 housing units and a playground including all of the maintenance, repairs and grounds keeping.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 20 SEP 2021.

6. My initial request for a Religious Accommodation was denied on 11 FEB 2022 by CDR R.D. Mayer / CG133. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7.  I submitted an appeal to denied religious accommodation decision on 23 FEB 2022. The subsequent appeal was denied on 06 May 2022 by RADM M.L Lafferty / Appellate Authority. This document can also be provided to the court.

8.  On 09 Nov 2022, I was discharged. I had requested to extend my contract with the Coast Guard multiple times and was left waiting with no official response. Eventually I was notified by my CO that I had to submit another career intentions worksheet and that I had to check the box for "I am being discharged involuntary".  I was then notified that my CO received the Coast Guards "Separation Authorization" about a month before the end of my enlistment in early October while I was on parental leave to care for my 4 month old.  Leaving no time for me to properly go through all of the steps needed to prepare for my separation from the service. Upon my return back to work from paternal leave I was only left with about one week of active duty before the end of my contract.  This time frame also forced me to sell 40.5 days of leave without the option to utilize these days.

9.  I was under extreme stress which caused sleep deprivation and anxiety. I had my Executive Officer at the time bring up my vaccination status at an all hands in front of the entire crew without my consent. The day before I was to advance to E-6, I was informed that my advancement would be withheld until I became vaccinated. I had requested to extend my enlistment but that was denied and I was discharged. Upon departure I was given dramatically lower marks than my average with less than 12 hours to appeal them. Since I was discharged, I will not be able to retire from the service and receive a pension and benefits which was my intent. Being discharged from the Coast Guard has taken away the financial stability my family depended on with the resent addition of our second child as well as putting us in a financial hardship by cutting our household income in half while living in an expensive and secluded area with little to no job opportunities.

10. I am facing a potential hardship in finding meaningful future employment with the discharge code of "JND". This discharge code means "Other, Concealed Arrest Record or General Reasons".

This could result in being passed over for employment opportunities even though I have never been arrested. If allowed back in this could potentially result in a loss of the legacy pension retirement plan that I was originally enrolled in. This would result in a loss of everything I had worked hard for over the past 14 years and being forced to start over with the blended retirement plan with only 6 years left to retirement.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___28_____ day of February, 2023.

DCi Ri&hard Sheill

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | <br><br> Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF MATTHEW SHELTON |

**Declaration of MATTHEW SHELTON, U.S. Coast Guard**

I, Matthew Shelton, MST1/E6, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Kingston, WA

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Maritime Science Technician First Class,  I was formerly stationed in the Inspections Division of the Prevention Shop at Sector Puget Sound.  My primary job was a port state control examiner.  Port state Control examiners primary roles are performing safety exams on foreign flagged commercial freight vessels.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 22 NOV 2021.

6. My initial request for a Religious Accommodation was denied on 16 FEB 2022 by Captain Azzano, Adjudication Authority. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests

than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 07 MAR 2022. The subsequent appeal was denied on 31 MAY 2022 by RADM Jones, Appellate Authority. This document can also be provided to the court.

8. On 25 JULY 2022 I was separated from the Coast Guard due to not being recommended for reenlistment for non-compliance with the covid vaccine mandate.  There was absolutely no transparency or due process during this step.  All I received was a letter in the mail advising I'm being separated at end of enlistment due to not being recommended for reenlistment.  I had an **approved** retirement request and my reenlistment request from June 2022 was voided.

9. I was significantly harmed by the what the Coast Guard did to me.  Not even 5 months from an **approved** retirement I was separated from the Coast Guard Reserve.  As stated above there was no transparency or due process.  I was also given no resources or any kind of unit support to assist in the separation.  This caused my family extreme anxiety as there was so much unknown to what would happen in the future and if I would ever be able to get the retirement I worked for and earned.  Recently I was put in contact with someone who works in Washington D.C. who was helping reservist like myself with reinstatement.  While ultimately I was able to obtain my retirement, the Coast Guard committed many wrongs and need to be held accountable.  The Coast Guard discriminated against me due to my religious beliefs and violated my civil rights.  While I am grateful the Coast Guard granted my retirement, I feel part of is an attempt to try to save face to avoid responsibility for their discriminatory and illegal acts.  The Coast Guard needs to be held accountable for blatant violations of the law and litigation is the only tool available to seek true accountability.

10. I am now retired and feel any future harm would be pretty minimal.  If I was not retired and to return, I would be afraid of reprisal from my command knowing I have pursued litigation.  I also fear the Coast Guard will not face any accountability until they are forced to explain their illegal actions in a court of law.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 28th day of February, 2022.



Matthew Shelton

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION**

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br>     Plaintiffs <br><br>           v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br>     Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF TIMOTHY STAMM |

**Declaration of Timothy Stamm, U.S. Coast Guard**

I, Timothy Stamm, BM/E-7, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Kodiak, Alaska.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a 16-year, 11-month veteran and my last unit was Base Kodiak in Alaska. My job description was the Community Support Chief in charge of the active-duty members assigned to the Base's Morale, Wellbeing and Recreation program and also oversaw new Coast Guard members who were candidates for the Coast Guard Rescue Swimmer program.

5. I submitted a Religious Accommodation (RA) request to abstain from the COVID-19 vaccination on 10 September 2021.

6. My initial request for a Religious Accommodation was denied on 7 February 2022 by Commander Russel Mayer, USCG. This denial affirmed my religious beliefs were

sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to the denied religious accommodation decision on 22 February 2022. The subsequent appeal was denied on 31 May 2022 by Rear Admiral Eric C. Jones, USCG. This document can also be provided to the court.

8. On 28 October 2022, I was discharged from service.

9. I was harmed by the Coast Guard by my sudden discharge and breach of contract on behalf of the United States Coast Guard. I had a signed contract agreement with the United States Coast Guard that was not to expire until November 2025 making me retirement eligible after 20 years of faithful service. My family and I were promised to be able to request honorable retirement after 20 years of service which would grant me a pension from the United States Government, and health care for my dependents. By my sudden discharge, the United States Coast Guard broke that contract, a contract that I was bound to and would have been held liable to the Government if I had attempted to breach. My religious rights as guaranteed by the Religious Freedom Restoration Act (RFRA) were violated as a result of discharge based solely on my religious convictions. My rights were also violated and I was harmed in the way I was treated by the Coast Guard and actions carried out against me by the Commander of United States Coast Guard Base Kodiak, Captain Edward Hernaez prior to my discharge. These discriminatory actions taken against me due to my not being vaccinated because of my religious beliefs included: restriction to the remote island of Kodiak, Alaska, without the ability to take leave from the island; unable to participate in select activities that others could participate in; ordered to wear a mask when others did not have to; threats of career effecting administrative actions against me; criticized in front of all members of Base Kodiak; and routine emails from my command detailing what privileges were being

withheld due to my unvaccinated status. (Documents of this discrimination can be provided if requested). Finally, the United States Coast Guard has made continued hardships for myself and family even after my discharge. We have had to pay out of pocket medical and travel expenses for our 2-year-old daughter to continue necessary medical treatments that were started while I was in the service. I also have had to explain to new employers why I was discharged from the service, and get questions on my religious convictions that caused my discharge before retirement. This has caused undue stress in job interviews. The way the United States Coast Guard burdened my religious convictions to the point of discharge has created profound emotional struggles for not only myself, but my family as we try to re-shape our lives after sudden discharge.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 24rd day of February, 2023.

Timothy Stamm

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF Jacob Adam Stonecipher |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

### Declaration of Jacob Adam Stonecipher, U.S. Coast Guard

I, Jacob Adam Stonecipher, SK/E6, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this
   Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Corpus Christi, Texas.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Storekeeper Petty Officer First Class stationed in Sault Sainte Marie, Michigan. My job
   here is to handle the logistics/procurement/ and budget of three Coast Guard Cutters, Sector Sault
   Sainte Maire, Air Station Traverse City and ten outlying Stations/ANTS.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on
   06 OCT 2021.

6. My initial request for a Religious Accommodation was denied on 08 FEB 2022 by CDR R.D.
   Mayer. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser
   restrictive means to further the governments compelling interests than requiring vaccination. This
   denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 22 FEB 2022. The subsequent appeal was denied on 31 MAY 2022 by RADM E.C. Jones. This document can also be provided to the court.

8. On 04 NOV 2021 I was denied a Coast Guard sponsored couples retreat hosted by the Chaplain. This was during a time when I had just transferred to my current unit. This was the first move for my wife, she had never left her home state before. This was a critical time for her being away from home for the first time, being a military spouse for the first time, and experiencing her first move. That couple's retreat could have been critical for our relationship. A lot of stress and duress could have been relieved. On 14 OCT 2022 I was issued an intent to discharge by CAPT A.R. Jones. After being issued this intent to discharge, the stress upon me and my family cannot be measured. The uncertainty of when I would being discharge with no definitive dates given was unbearable at home. My wife could not get a job because at any moment we could be notified I was being discharge and would have to move.

9. I am facing negative remarks in my record preventing me from pursuing my goal of becoming a Chief Warrant Officer.


I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___1st___ day of March, 2023.

SK1 Jacob Stonecipher

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., | |
| For themselves and all others similarly Situated, | |
| Plaintiffs | Civil Action No. 3:22-cv-00265 |
| v. | DECLARATION OF MELINDA THIBODEAU |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants | |

### Declaration of Melinda Thibodeau, U.S. Coast Guard

I, Melinda Inez Thibodeau LCDR, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in North Fort Myers, Lee County, Florida.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Contingency Planner in the United States Coast Guard Selected Reserve, currently serving at District Seven. My position includes updating and testing our unit's plans and writing after action reports after incidents occur.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 02 DEC 2021.

6. My initial request for a Religious Accommodation was denied on 04 FEB 2022 by CDR R. D. Mayor (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 11 FEB 2022. The subsequent appeal was denied on 16 MAY 2022 by RADM E. C. Jones. This document can also be provided to the court.

8. I was placed under significant emotional stress thinking my career was over, but not able to make solid plans because I did not know when. The Coast Guard is my only form of employment, and my family is insured through TRICARE Reserve Select. My PCS orders to Sector Miami were cancelled, and I was instead issued orders to transfer to the ISL on 30 SEP 2022. On 28 SEP 2022, HURRICANE IAN made a direct hit to my county, causing wind and water damage to my home and devastating my community. I had no power, no internet, and barely any charge left on my phone which I was using to let my family and friends know I was safe. In addition to the stress of the hurricane, I was anticipating the loss of healthcare for my family and the loss of my income which would help pay for hurricane repairs. At the last minute, thankfully, my transfer date to the ISL was extended to 30 NOV 2022. It was subsequently extended to 15 DEC 2022 and then to 14 JAN 2023. This entire period of uncertainty caused a lot of anxiety and many sleepless nights. I am still at my old unit and must apply/compete for a new position to PCS again. I was passed over last year and am not highly competitive for promotion this year with negative remarks in my record for not receiving the vaccine.

9. I am trying to complete my annual Periodic Health Assessment but am not able to. I was told my medical file was already sent to the VA to be archived since they thought I was leaving military service. I do not know how long it will take for my medical file to be retrieved.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this __27th__ day of February, 2023.

*Melinda Thibodeau*

NAME

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

MICHAEL BAZZREA, et al.,

For themselves and all others similarly Situated,

Plaintiffs

v.

ALEJANDRO MAYORKAS, et al.,

Defendants

Civil Action No. 3:22-cv-00265

DECLARATION OF Simon David Truman

**Declaration of Simon David Truman, U.S. Coast Guard**

I, Simon Truman, MK3/E-4, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Santa Rosa, Texas.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am a Machinery Technician 3rd Class /E-4 at STA South Padre Island, Texas. My primary duty is Search and Rescue (SAR). The current platform that I am qualified to operate on: 33' Special Purpose Craft Law Enforcement (SPCLE) high-speed boat.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 10 OCT 2021

6. My initial request for a Religious Accommodation was denied on 09 FEB 2022 by R.D. Mayer, CDR/Adjudication Authority. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 28 FEB 2022. The subsequent appeal was denied on 31 May 2022 by E.C. Jones RADM/ Deputy for Personnel Readiness. This document can also be provided to the court.

8. On 30 SEP 2022, I was informed, I would be transferred to the ISL. Subsequently, my ISL date was changed multiple times and postponed for reasons yet unknown to me.

9. I was denied any possible training opportunities, denied the Outstanding Unit Award (OUA), an award that was given unto individuals who helped during the COVID-19 pandemic, in which I was one of the individuals who volunteered my time, free of charge, to medically screen detainees who entered into United States waters illegal. I used my civilian medical expertise and went over and beyond my duty to aid the United States Coast Guard in the further suppression of the COVID-19 virus. I was denied health care. I was advised by my command and signed ISL paperwork stating I would lose my TRICARE health benefits. Being informed that I would lose my healthcare and being not allowed to drill, I indeed lost my health care insurance for my family and me. I have now been advised by TRICARE that I am eligible for health care insurance but would have to back pay the amount of money owned when I was involuntarily transferred into the ISL. Finally, the United States Coast Guard cause a great deal of mental stress for my family and me. This stress has taken away peace in my life, my wife's life, and in my children's life.

10. I am facing continued mental stress, head games, and unanswered questions from the United States Coast Guard, regarding the series of events that led to the initial persecution of my faith and constitutional rights.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this _27th_ day of February, 2023.

Simon David Truman

NAME

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF PEDRO MIGUEL VARGAS |

**Declaration of Pedro Miguel Vargas, U.S. Coast Guard**

I, Pedro Miguel Vargas EM2, USCG, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Flourtown, Montgomery County, Pennsylvania.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an Electricians Mate Second Class Petty Officer in the United States Coast Guard and was a Response Member serving at the Atlantic Strike Team.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 19 NOV 2021.

6. My initial request for a Religious Accommodation was denied on 27 DEC 2021 by CAPT A.W. Williams (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 09 JAN 2022. The

subsequent appeal was denied on 25 May 2022 by James L Knight, SES Appellate Authority. This document can also be provided to the court.

8.  On 11 AUG 2022, initially my command presented me with a memorandum with notification of intent to discharge. On 17 August 2022, I received an email from the Executive Officer of the Atlantic Strike team, LCDR John Lamorte, stating that the guidance changed since our conversation on 11 August 2023, and that they were transferring me to the Inactive Status List effective 2 September 2022. On 18 August 2022, the packet was submitted to CG-PSC-RPM to transfer me to ISL.

9.  After I submitted my Religious Accommodation Request, I was treated differently from my peers by my command. Along with the command, other members in my unit began harassing me and badgering me on my vaccination status. I respectfully responded each time that it was against my religious beliefs. Somehow, my peers were aware of my vaccination status without me divulging that information to them. Shortly thereafter, vaccinated members were allowed to remove their masks in the building, which at the time was not the recommendation by the CDC, yet mandated me to continue to wear a mask, singling me out again and creating another identifier of my unvaccinated status.

My son was born on May 22nd, I started my re-enlistment in May for 4 more years. I received his birth certificate and social security card in the middle of June and immediately went to the military base in Philadelphia, closest to my home, to enter my son into DEERS as a dependent so I could transfer my GI benefits to him.  I was advised by my local servicing personnel office that I could ask for an extension in submitting these documents in order to make up the month delay while I was awaiting the proper government issued identification documents to transfer the benefits within the required four-year timeframe from retirement. I prepared the request for the extension and went to my command and senior leadership for approval and I was told that it would be denied because of my vaccination status. Furthermore, I was told that unvaccinated members would not be extended and I would be prohibited from being able to transfer my GI

benefits to my newly born son.

I had approved ADT orders on 7 Aug 2022, in sector New York, to attend the Leadership and Management training which is required for advancement. On 8 Aug 2022, I received a call from my command stating I was to leave the training and to return home immediately due to my vaccination status. I had already begun the first day of training and was pulled from the class, abruptly, in the afternoon. It was humiliating and embarrassing having to leave midway through the training day and having to explain why I was unable to continue the course to both the instructors and my peers. Meanwhile, on 6 August 2022, prior to attending the training, I asked senior leadership if my orders were still approved and whether or not I could still attend the training. I was informed that the class was approved, and I was clear to attend. LAMS training is a requirement for all enlisted members to advance to E-6. Being pulled from this training will prohibit me from being able to advance and will delay any future advancement opportunities. While driving home from the training, I was then told to report to the unit the following day to finish the remainder of my ADT requirement. When I arrived back to my home unit, I was reminded that I needed to wear a mask while on base. While at the unit, on 11 August 2022, to my surprise, I was counseled for an intent to discharge at approximately 1200 in the galley by CDR Lamorte and CWO Baynor. There are multiple offices in the administrative building instead this conversation took place in the galley, with the doors open and not in private. As other service members walked by, they could hear me being reprimanded, once again, for my vaccination status and the 'complications' it was causing. This public embarrassment incited me to be humiliated and embarrassed. The belittling and disrespect that I experienced, after dedicating 16 years of my life to the United Stated Coast Guard, as I was told, in a very public way, that I was being discharged for my religious beliefs against the Covid-19 vaccine, was one of the worst moments in both my professional and personal life. LCDR Lamorte and CWO Baynor then pressured me to sign the paperwork for intent to discharge right then and there. Knowing that I had the right to review the paperwork and seek legal counsel prior to signing the discharge

papers, I refused to sign at that time. I then stated I have the right to review the paperwork and have the right to seek legal counsel prior to signing the documents. Only then was I allotted only five days, until 17 August 2022, to review the paperwork and seek legal counsel. On the 17th of August 2022, I received an email from LCDR Lamorte, stating that the coast guard guidance had changed since I was given the paperwork for intent to discharge and that they were now moving forth with transferring me to the ISL. I was given less than 24 hours to review the new paperwork. The new paperwork stated that I was advised on 11 August 2022 about being transferred to the ISL, which is not true. I was told about the intent to discharge on 11 August 2022 and about the transfer to the ISL on 17 August 2022.

The sudden transfer to the ISL on 2 September 2022 created a great financial burden due to the lack of income from my drill weekends. I was unable to meet my monthly bills and was forced to take out a loan in order to meet my mandatory financial obligations. The interactions with CDR Lamorte and CWO Baynor, the threat of being discharged, the abrupt transfer to the ISL, and the unexpected loss of income have taken a toll on my mental, emotional and physical health. After I was told not to return to base, a place where I proudly served for 16 years, I began to experience depression, lack of motivation, anxiety and increased stress. Since leaving the unit, I have experienced significant weight gain and the inability to fully engage in everyday activities. I am still dealing with the aftereffects, mentally, emotionally and physically, from my status change and the manner in which I was treated by my Command.

10. As I am being forced to return to my Unit, I am gravely concerned with the retaliation I may experience. I received a memo in the mail on 7 February 2023, stating that I am being "ordered" to attend the next March 2023 drill weekend. I was informed by the Senior Reserve Officer (SRO) LCDR Fox, that according to the CO (CDR Bonnie Stewart) and the XO (LCDR John Lamorte) that I was to be informed, upon my return, that I needed to work with a detailer to find another unit and seek a transfer. When I emailed LCDR Fox as to why this was the plan, he responded, "The XO informed me that since you disobeyed two direct orders (Commandant

message and CO direction) to meet the COVID vaccine mandate, she requested that you work on transferring out to another unit other than the AST but need to continue to drill at the AST until that transfer takes place. You should work with the detailer and your Supervisor if you need assistance with finding an open billet.". I was told by LCDR Fox that if I am unable to make the March 2023 drill weekend, I could potentially receive a negative page 7 if they deem it as an unexcused absence. Additionally, I was also told by LCDR Fox that it would not be in my favor, should I be unable to attend the March 2023 drill and that the Command's "fuse is pretty short" and "the do not have a lot of tolerance" for matters that involve me.  Due to the drills that I missed due to being on the ISL, I now am faced with having a bad retirement year which could result in me never being able to qualify for retirement. If this year is considered a bad year for retirement, then that would mean having to ask for an extension for another year, which needs the commands approval, and I am fearful that the command will not approve any extensions or reenlistments for me. If I am unable to retire in good standing, then I will lose all of my benefits that I have worked for over the past 16 years. Because being removed from the LAMS course and my extended ISL status, I was unable to sit for the service wide this year. Unable to sit for this exam had delayed any potential future advancement opportunities and may result in me potentially never being able to advance again before my 20years.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 28 day of February, 2023.

Pedro Miguel Vargas

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS GALVESTON
DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF LEONARDO VEGA |

**Declaration of LEONARDO VEGA, U.S. Coast Guard**

I, LEONARDO VEGA, EM1/E-6, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Pomona, CA.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an Electricians Mate Petty Officer First Class / E-6 in the United States Coast Guard Reserve, currently serving at USCG Sector San Diego. I currently am a senior enlisted member in the engineering and logistics department and the acting supervisor in the electricians shop for the reserve force at Sector San Diego. The electricians shop provides engineering and logistical support for the facilities and all assets at Coast Guard Sector San Diego. Moreover, we also provide engineering and logistical support at Ballast Point facilities and for the two 87 foot Coast Guard Cutters. Furthermore, we also support Coast Guard historical housing units at Point Loma.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on November 14, 2021.

6.  My initial request for a Religious Accommodation was denied on February 10, 2022 by R.D. Mayer, CDR ADJUDICATION AUTHORITY. This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7.  I submitted an appeal to denied religious accommodation decision on March 7, 2022. The subsequent appeal was denied on May 26, 2022 by E.C. Jones, RADM Appellate Authority. This document can also be provided to the court.

8.  On September 30, 2022, I was separated into the Inactive Standby List. This decision was later extended to January 14, 2023 but ultimately canceled due to the terms outlined in the National Defense Authorization Act.

9.  As a reservist I was forced to meet unrealistic active duty timelines in regards to the religious accommodation request process; Furthermore, I was being harassed to answer emails, phone calls, conference calls, due to the RA process and for administrative reprimand while not being on any type of orders or acting in an official capacity. Ultimately, this whole process affected the balance in my home life, at work and in my CGR career. These events affected me deeply; I had to devote all my time towards trying to save my CGR career leading me in having to choose between saving my CG career of 18 years or my civilian career of 7 years. Moreover, these processes lead me to be put into duress emotionally, spiritually and financially. I was accused and sentenced to breaking articles 90 and 92 without a due process hearing; Consequently, this whole ordeal has placed a tarnish on my character, on my career, and on my ability to provide for my family. Additionally, I was not selected for active duty opportunities I applied to due to my readiness status being red because of my vaccination standing.

10. I am facing another round of denial and discrimination for submitting an additional religious accommodation request for the influenza vaccine that I had included in my previous denied religious accommodation request.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 28th day of February, 2023.

EM1 Leonardo Vega

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al.,<br><br>For themselves and all others similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>·Defendants | Civil Action No. 3:22-cv-00265<br><br>DECLARATION OF BENJAMIN C. WOLHAUPTER |

**Declaration of Benjamin Charles Wolhaupter, U.S. Coast Guard**

I, Benjamin Charles Wolhaupter, LT, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Kodiak, Kodiak Island Borough, Alaska.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an MH-60T Pilot and Rotary Wing Flight Safety Officer in the United States Coast Guard, currently serving at Air Station Kodiak. I was commissioned in the United States Coast Guard in May 2014 after graduating from the United States Coast Guard Academy and was assigned to Naval Flight Training in Pensacola, FL. After completion of flight training, I served as MH-60T Search and Rescue pilot in Cape Cod, MA with a follow-on assignment to Kodiak, AK. I am currently conducting search and rescue and law enforcement operations as an MH-60T Aircraft Commander, instructor pilot, and flight examiner in one of the most austere and remote regions of the world, including national security missions between Russia and the United States. While in Kodiak I was selected for the prestigious Coast Guard Flight Safety Officer program and

completed training to serve as a Rotary Wing Flight Safety Officer at one of most logistically and

operationally challenging and demanding units in the Coast Guard.

5.  During my time in the Coast Guard, I have flown over 1700 flight hours, executed 12 helicopter

land-based deployments ranging from the Caribbean to the Arctic, saved / assisted over 100 lives,

been awarded numerous awards for risking my life during high risk search and rescue cases. I

have spent countless days away from my family to serve my country, and hope to continue

serving for many years.

6.  I submitted a Religious Accommodation request to abstain from COVID-19 vaccination on 07

Oct 2021.

7.  My initial request for a Religious Accommodation was denied on 25 Jan 2022 by CAPT A.W.

Williams (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were

no lesser restrictive means to further the governments compelling interests than requiring

vaccination. This denial letter can be provided to the court if requested.

8.  I submitted an appeal to denied religious accommodation decision on 09 Feb 2022. The

subsequent appeal was denied on 06 May 2022 by SES J.L. Knight. This document can also be

provided to the court.

9.  I was in zone for promotion to Lieutenant Commander in summer of 2022, but was not eligible

for promotion due to non-compliance with the COVID-19 vaccination mandate that was in place

at the time. Despite this, my record was still reviewed during the promotion board and

subsequently I was not selected for promotion. Additionally, I received the lowest annual Officer

Evaluation Report (OER) as a Lieutenant in my career following non-compliance with the

COVID-19 vaccine mandate. The OER is the singular metric that is used for officer promotion

boards, and the history of OERs in an officer's record is crucial to be competitive for promotion. I

have been denied opportunities for advanced training at the Advanced Helicopter Rescue School

in Astoria, Oregon, as well as the High Altitude Aviation Training Site in Gypsum, Colorado due

to my vaccination status. I was delayed in selection as an instructor pilot and flight examiner by

my unit due to the uncertainty of future in the Coast Guard. Due to the extreme uncertainty and instability in my life during the COVID-19 vaccine mandate, my wife and I were forced to delay growing our family until we were certain we had dependable health coverage and stable employment upon which to rely on to support our family. The Coast Guard's restricted 50-mile travel radius resulted in missing five weddings of relatives and childhood friends, and numerous other once-in-a-lifetime family events. The mental health toll associated with the ongoing battle with the Coast Guard haunted me and my family, and was a major contributor in my wife's struggle with post-partum depression.

10. I am facing involuntary separation from the Coast Guard should I not be promoted in summer of 2023. As an officer in the Coast Guard, I am given two opportunities to be selected for promotion. If I am not selected for promotion following the second promotion board, I am involuntarily separated from service. Getting passed over for promotion in summer of 2022 when the Coast Guard determined I was not eligible for promotion put my career at significant risk and puts me at a considerable disadvantage when compared to my peers. Not only was my first attempt at promotion to Lieutenant Commander a façade, but my OER history is unfavorable as I approach my last attempt to remain in service.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this ___28ᵗʰ___ day of February, 2023.

_____

Benjamin C. Wolhaupter

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | |
|---|---|
| MICHAEL BAZZREA, et al., <br><br> For themselves and all others similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants | Civil Action No. 3:22-cv-00265 <br><br> DECLARATION OF <br> MATTHEW YEE |

**Declaration of Matthew Yee, U.S. Coast Guard**

I Matthew Yee, AST1/E-6, USCG, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am currently domiciled in Aguadilla, Puerto Rico.

3. I am an intervenor-plaintiff in the above captioned action.

4. I am an Aviation Survival Technician First Class formerly stationed in Kodiak, Alaska. My primary job there was to be a Helicopter Rescue Swimmer.

5. I submitted a Religious Accommodation (RA) request to abstain from COVID-19 vaccination on 30 SEP 2021.

6. My initial request for a Religious Accommodation was denied on 23 FEB 2022 by CAPT A.W. Williams (CG133). This denial affirmed my religious beliefs were sincere, yet claimed there were no lesser restrictive means to further the governments compelling interests than requiring vaccination. This denial letter can be provided to the court if requested.

7. I submitted an appeal to denied religious accommodation decision on 09 MAR 2022. The

subsequent appeal was denied on 13 MAY 2022 by RDML M. Lafferty. This document can also be provided to the court.

8. On 01 DEC 2022, I was Involuntarily Discharged by reason of "convenience of the government" The basis for this discharge recommendation was "non-availability of worldwide assignment."

9. I was denied leave to attend a friend's wedding during this process and also had orders to an Arctic Survival School canceled due to my vaccination status. This school is something that all Aviation Survival Technicians stationed at my unit attended in order to be able to safely operate in Alaska, but I was the only one unable to attend. I also was unable to go on several deployments, both shipboard and land-based, based on my vaccination status. Also due to Coast Guard policies I was required to wear masks when other members were not and I also underwent longer quarantine periods than others. At one point I  was in quarantine for 10 days despite testing negative for Covid twice, while another member who tested positive for Covid was out of quarantine in only 5 days. I was subjected to both random and planned Covid tests that others were not. Upon receiving separation orders from the Coast Guard I was also required to vacate my house in government housing. I then had to drive over 3,000 miles in December with my wife and my cat through Alaska, Canada, Idaho, Washington and Oregon before reaching my home of record in California. In order to outfit my vehicle to withstand seemingly endless isolation and temperatures reaching 38 degrees below zero on this trip I had to spend over $1000 that will not be reimbursed by the Coast Guard. I had to drive to California because that is where my home of record is and the farthest that the Coast Guard would ship my Household Goods. California, however, is not where my wife and I chose to call home anymore and we had to pay to then fly ourselves, our cat, and 4 large suitcases to our home in Puerto Rico where we served before being station in Alaska. We do not have the funds to ship the rest of our Household Goods to Puerto Rico so we are now paying to have a storage unit in California for almost all of our possessions. Similarly we do not have the funds to ship our vehicle to Puerto Rico so we are paying to have the vehicle parked in the lower 48 while we had to buy another vehicle in Puerto Rico.

10. If I choose to get back in the Coast Guard I will still face difficulty. In Kodiak I was guaranteed the highest level of priority to decide where I would transfer on the next move. I however lost that priority and will not get bottom of the barrel picks if I get back in. Also I now have negative Page 3307's in my record due to this Covid vaccine situation, which are the only negative ones that I have received in my whole career. If I get back in I will have no leave saved up because I had to sell it all. Additionally I had to sell back 45 days which means that if I get back in I will only have 15 days available to sell back to the CG the rest of my career.

I declare under penalty of perjury, under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 24th day of February, 2023.

Matthew Yee