United States District Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| MICHAEL BAZZREA, *et al.*, | § § § | |
| *Plaintiffs*, | § | |
| VS. | § | 3:22-cv-265 |
| | § | |
| ALEJANDRO MAYORKAS, *et al.*, | § § | |
| *Defendants*. | § | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion dismissing this case on jurisdictional grounds, Dkt. 80, it is ordered that this case is dismissed without prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties. Signed on Galveston Island this 12th day of June 2023 .

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE